# EXHIBIT A

# BuzzFeed.News

REPORTING TO YOU

ABOUT US    GOT A TIP?    SUPPORT US    BUZZFEED.COM    SECTIONS

TRENDING    2020 Protests    Defund The Police    Minneapolis Police    Hydroxychloroquine    Jail Support    Coronavirus Vaccine

2020 PROTESTS / JPG

# 17 Powerful Pictures Of The Protests Through The Eyes Of Black Photographers

"I want to make sure the stories of my fellow black brothers and sisters are accurately represented."

**Gabriel H. Sanchez**
Senior Photo Essay Editor

Posted on June 3, 2020, at 4:54 p.m. ET

Tweet    Share    Copy

*Love photography as much as we do? Sign up for the BuzzFeed News newsletter* JPG *for behind-the-scenes exclusives from renowned photographers and our hard-hitting photo stories.*

## BuzzFeed.News

Sign up for the JPG newsletter, your lens to the internet's most powerful photographs

Your email address    Sign Up

As protests over anti-black racism and police brutality in the US sweep the nation following George Floyd's killing while in the custody of Minneapolis police, pictures

As protests over anti-black racism and police brutality in the US sweep the nation following George Floyd's killing while in the custody of Minneapolis police, pictures capturing heated moments during demonstrations have flooded our televisions and social media feeds. With so many of these visuals competing for screentime, it can often be overwhelming to decipher truth from fiction, propaganda from sincerity, and to grasp the context behind a single captured frame.

This is why BuzzFeed News has brought together a collection of 17 black photojournalists who are on the front lines of these protests, providing raw and unfiltered perspectives of these events as they unfold in real time.

One such photographer is New York native Anthony Geathers, who has been documenting the community he grew up in and offering personal insight into the reasons behind upheaval. "Bed-Stuy has roots in promoting black unity and denouncing a lot of the systemic racism that occurs in NYC," Geathers told BuzzFeed News.

Another photographer, Chris Facey, has been capturing live video of protests as they unfold on the streets of New York City. "I want to make sure the stories of my fellow black brothers and sisters are accurately represented," he told BuzzFeed News. "I want to do my part in making sure you see us as human beings."

Follow these photographers on Instagram for their perspectives on the protests.

## Alyssa Pointer in Atlanta



BuzzFeed News    17 Powerful Pictures Of The Protests Through The Eyes Of Black Photographers

## Alyssa Pointer in Atlanta



View More on Instagram

1,407 likes

Add a comment…

*Instagram: @alyssapointerphoto*

## Chris Facey in New York City

coco.butter.shutter
Brooklyn, New York      View Profile



BuzzFeed News | 17 Powerful Pictures Of The Protests Through The Eyes Of Black Photographers

## Chris Facey in New York City

**coco.butter.shutter**
Brooklyn, New York

View Profile



View More on Instagram

1,561 likes

Add a comment...

*Instagram: @coco*

## Michael A. McCoy in Baltimore

**michaelamccoyphotography**
Baltimore, Maryland

View Profile



 17 Powerful Pictures Of The Protests Through The Eyes Of Black Photographers 

**michaelamccoyphotography**
Baltimore, Maryland

View Profile



View More on Instagram

   

1,141 likes

Add a comment...

*Instagram: @michaelamccoyphotography*

## Montinique Monroe in Austin

**montiniquemonroe**
Austin, Texas

View Profile





17 Powerful Pictures Of The Protests Through The Eyes Of Black Photographers

  

## Montinique Monroe in Austin

**montiniquemonroe**
Austin, Texas

View Profile



View More on Instagram

210 likes

Add a comment...

*Instagram: @montiniquemonroe*

## Dee Dwyer in Washington, DC

**deedwyerjonts**
Washington D.C.

View Profile



   

17 Powerful Pictures Of The Protests Through The Eyes Of Black Photographers

## Dee Dwyer in Washington, DC



View More on Instagram

285 likes

Add a comment...

*Instagram: @deedwyerjonts*

## Malike Sidibe in New York City



**BuzzFeed News**  17 Powerful Pictures Of The Protests Through The Eyes Of Black Photographers

## Malike Sidibe in New York City

**malikesidibe**
Barclays Center

View Profile



View More on Instagram

4,620 likes

Add a comment…

*Instagram: @malikesidibe*

## Alexis Hunley in Los Angeles

**byalexishunley**
Los Angeles, California

View Profile



## Alexis Hunley in Los Angeles



*Instagram: @byalexishunley*

## Tony Mobley in Washington, DC

**BuzzFeed News**   

17 Powerful Pictures Of The Protests Through The Eyes Of Black Photographers

## Tony Mobley in Washington, DC



tonemobley
14th Street (Washington, D.C.)

View Profile

View More on Instagram

1,146 likes

Add a comment…

*Instagram: @tonemobley*

## JD Barnes in New York City

jdthecombo 

View Profile

BuzzFeed News    17 Powerful Pictures Of The Protests Through The Eyes Of Black Photographers      

## JD Barnes in New York City



View More on Instagram

4,261 likes

Instagram: @jdthecombo

## Devin Allen in Baltimore

**BuzzFeed News**   17 Powerful Pictures Of The Protests Through The Eyes Of Black Photographers

## Devin Allen in Baltimore



*Instagram: @bydvnlln*

## Michael Noble Jr. in New York City



 17 Powerful Pictures Of The Protests Through The Eyes Of Black Photographers   

## Michael Noble Jr. in New York City

**michaelnoblejr**
Manhattan, New York
View Profile



View More on Instagram



1,105 likes

Add a comment...

*Instagram: @michaelnoblejr*

## Vanessa Charlot in St. Louis

**vanessa.charlot**
St. Louis, Missouri
View Profile



 17 Powerful Pictures Of The Protests Through The Eyes Of Black Photographers   

## Vanessa Charlot in St. Louis

**vanessa.charlot**
St. Louis, Missouri

View Profile



View More on Instagram

3,181 likes

Add a comment…

*Instagram: @vanessa*

## Patience Zalanga in Minneapolis

 **patiencezalanga**

View Profile

**BuzzFeed News**  17 Powerful Pictures Of The Protests Through The Eyes Of Black Photographers

## Patience Zalanga in Minneapolis

**patiencezalanga**
Minneapolis, Minnesota

View Profile



View More on Instagram

3,228 likes

Add a comment...

*Instagram: @patiencezalanga*

## Anthony Geathers in New York City

**anthonybgeathers**
Bedford-Stuyvesant, New York City, NY

View Profile



**BuzzFeed News**  17 Powerful Pictures Of The Protests Through The Eyes Of Black Photographers

## Anthony Geathers in New York City



anthonybgeathers
Bedford-Stuyvesant, New York City, NY

View Profile

View More on Instagram

4,335 likes

Instagram: @anthonybgeathers

## Sarahbeth Maney in Oakland

sbmaneyphoto

View Profile

Case 3:21-cv-03778-CRB   Document 1-1   Filed 05/19/21   Page 18 of 20

BuzzFeed.News    17 Powerful Pictures Of The Protests Through The Eyes Of Black Photographers      

## Sarahbeth Maney in Oakland

**sbmaneyphoto**
Oakland, California
View Profile



View More on Instagram

2,958 likes

Add a comment...

*Instagram: @sbmaneyphoto*

## Kay Hickman in New York City

**khickmanphotography**
13.5k followers
View Profile



 17 Powerful Pictures Of The Protests Through The Eyes Of Black Photographers   

## Kay Hickman in New York City



**khickmanphotography**
13.5k followers

View Profile

View More on Instagram

1,315 likes

Add a comment...

Instagram: @khickmanphotography

## Demetrius Freeman in New York City

 17 Powerful Pictures Of The Protests Through The Eyes Of Black Photographers   

## Demetrius Freeman in New York City

 **demetrius.freeman**
New York, New York

View Profile



View More on Instagram

**3,140 likes**

Add a comment...

*Instagram: @demetrius*

 Gabriel H. Sanchez is the Senior Photo Essay Editor for BuzzFeed News and is based in New York City.

Contact <u>Gabriel H. Sanchez</u> at <u>gabriel.sanchez@buzzfeed.com.</u>

Got a confidential tip? <u>Submit it here.</u>