# EXHIBIT C



Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. **More**.

Help  Search  History  Titles  Start Over

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = hunley, alexis
Search Results: Displaying 1 of 1 entries

previous  next

Labeled View

*20200527 COVID DTLA Protest 1546.*

| | |
|---:|:---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002209860 / 2020-06-17 |
| **Application Title:** | 20200527 COVID DTLA Protest 1546. |
| **Title:** | 20200527 COVID DTLA Protest 1546. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Alexis Hunley. Address:  Los Angeles, CA, 90043, United States. |
| **Date of Creation:** | 2020 |
| **Date of Publication:** | 2020-06-06 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Alexis Hunley; Domicile: United States; Citizenship: United States. Authorship: Photograph. |
| **Copyright Note:** | Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire. |
| **Names:** | Hunley, Alexis |

previous  next



**Save, Print and Email (Help Page)**
Select Download Format [Full Record] [Format for Print/Save]
Enter your email address: [____] [Email]

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page