# EXHIBIT D

WESTERN RISE
Evolution Pant - Navy / 33 $149
Spectrum Jogger - Olive / XXL $128
AirLight Button-Down Shirt - Light Blue / Medium $109
Limitless Merino Button Down Shirt - Smoke / XXL $129
AirLoft Shirt Jacket - Olive / Large $198

LIGHTBOX • SEEING POLITICS

# These Photographers Are Covering the Presidential Campaign on Instagram



Republican presidential candidate Donald Trump holds a rally in Des Moines, Iowa on Jan. 26, 2016. Natalie Keyssar for TIME

BY OLIVIER LAURENT AND CHELSEA MATIASH JANUARY 31, 2016 8:59 AM EST

With the campaign now in full swing, TIME selects the best photographers covering the campaign on Instagram.

Subscribe to TIME

Sign up for Inside TIME. Be the first to see the new cover of TIME and get our most compelling stories delivered straight to your inbox.

Enter your email address SIGN UP NOW

You can unsubscribe at any time. By signing up you are agreeing to our Terms of Service and Privacy Policy. This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

Contact us at letters@time.com.

## Natalie Keyssar

nataliekeyssar
53.5K followers
View Profile




View More on Instagram
116 likes
nataliekeyssar
Repost from @time. Donald Trump signs autographs at a campaign event in Marshalltown Iowa last night. #iowaassignment
view all 5 comments
Add a comment...

Advertisement

## Mark Peterson

markpetersonpix
64.5K followers
View Profile



View More on Instagram
263 likes
markpetersonpix
Politics in Black and White... Donald Trump and supporters at rally in Lowell MA January 4, 2016... @reduxpictures #photojournalism #blackandwhitephotography #donaldtrump #politics #trump
view all 7 comments
Add a comment...

## Brendan Hoffman

hoffmanbrendan
Hampton, Iowa
View Profile



View More on Instagram
147 likes
hoffmanbrendan
Photo by @hoffmanbrendan / @prime_collective for @gettyimages | Rick Santorum. #iowa #santorum
view all comments
Add a comment...

Advertisement

## Evan Vucci

evanvucci
Smokey Row Coffee - Oskaloosa
View Profile



View More on Instagram
105 likes
evanvucci
Donna Sheddons of Oskaloosa, Iowa looks on as #Republican #presidential #candidate #Carly #Fiorina speaks during a #campaign stop. #apontheltrail
view all 5 comments
Add a comment...

Advertisement

## Eric Thayer

ericthayer
63.8K followers
View Profile



View More on Instagram
312 likes
ericthayer
Pocahontas, IA #nytassignment @nytimes #election2016
view all comments
Add a comment...

Advertisement

## Doug Mills

nytmills
80.1K followers
View Profile



View More on Instagram
297 likes
nytmills
Hillary Clinton on the campaign ** Follow "thenytimes" on Snapchat for a behind the scenes look at life on the campaign trail"
view all 7 comments
Add a comment...

Advertisement 

## Mark Kauzlarich

markkauzlarich
3,473 followers
View Profile



View More on Instagram

72 likes

markkauzlarich

George Davey, a computer engineer by day, inventor and author by night, has long been a registered independent but this year registered as a Republican to support Trump. Oh, and he has a giant photo of Trump in his backyard. I heard about this photo last week but didn't have time to search for it or know how I wanted to shoot it but when I did, George saw me and invited me in for a beer. Des Moines, IA.

view all 6 comments

Add a comment...

Advertisement

## Melina Mara

melinamara
Tsongas Center at UMass Lowell
View Profile



View More on Instagram

36 likes

melinamara

A Donald Trump spectator in Lowell Massachusetts (Melina Mara/The Washington Post)

Add a comment...

Advertisement

## Mark Abramson

Advertisement

## Joshua Lott

Advertisement

## Hilary Swift

Advertisement

## Daniel Acker

daniel_acker
21.8K followers
View Profile



View More on Instagram

33 likes

daniel_acker

Marco Rubio
Wellman's Pub
West Des Moines, IA
#bloombergphotos #iowacaucus #election2016 #notiphone #gop #marcorubio

view all comments

Add a comment...

Advertisement

## Aaron P. Bernstein

Advertisement

## Charles Ommanney

Advertisement

## Patrick Fallon

patrickfallon
Des Moines, Iowa
View Profile




View More on Instagram

99 likes

patrickfallon

Check. #raygun #DSM #desmoines #iowacaucus #OutOfTownMedia

view all 11 comments

Add a comment...

Advertisement

## Justin Sullivan

Advertisement

## M. Scott Brauer

mscottbrauer
29.7K followers
View Profile



View More on Instagram

54 likes

mscottbrauer

Hillary Clinton leaves after a town hall at Southern New Hampshire University in Hooksett, New Hampshire. I've been photographing the New Hampshire presidential primary since July. See the project here: http://2016.mscottbrauer.com/ #election2016 #2016election #politics #nhprimary #fitnprimary #fitn #primary #nhpolitics #hillaryclinton

view all comments

Add a comment...

Advertisement

## Nate Gowdy

### READ MORE FROM TIME



ENTERTAINMENT

Charles Grodin, Actor Who Delighted Children and Adults Alike, Dies

He had notable roles in films including "Midnight Run," "The Heartbreak Kid" and the "Beethoven" comedies

POLITICS

A Progressive Window Closed Hard — And Perhaps Way Too Early



HEALTH

Conflict in the Gaza Strip Could Lead to a New COVID-19 Surge



U.S.

A New Crowdsourcing App Hopes to Serve as the 'Green Book' for LGBTQ People of Color



IDEAS

How the Pandemic Changed My Outlook on Life

TIME

Home
U.S.
Politics
World
Health
Personal Finance by NextAdvisor
Business
Tech
Entertainment
Ideas
Science
History
Newsfeed
Sports
Magazine
The TIME Vault
TIME For Kids
TIME Edge
Video
Masthead
Newsletters
Subscribe
Give a Gift
Shop the TIME Store
Careers
Press Room
Contact the Editors
U.S. & Canada Customer Care
Global Help Center
Reprints and Permissions
Site Map

© 2021 TIME USA, LLC. All Rights Reserved. Use of this site constitutes acceptance of our Terms of Service, Privacy Policy (Your California Privacy Rights) and Do Not Sell My Personal Information.
TIME may receive compensation for some links to products and services on this website. Offers may be subject to change without notice.
This site is protected by reCAPTCHA and the Google Privacy Policy Terms of Service apply.

Thank you for reading TIME. You have a limited number of free articles.

SUBSCRIBE NOW