# EXHIBIT F

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

United States Register of Copyrights and Director

**Registration Number**

**VA 2-004-878**

**Effective Date of Registration:**
December 15, 2015

## Title

**Title of Work:** Group registration photographs of Matthew Scott Brauer Miscellaneous Published Photographs October through December 2015 (ref1505), 1 PDF file containing approximately 9,750 Photographs.

**Previous or Alternate Title:** GROUP REGISTRATION / APPROXIMATELY 9,750 PHOTOGRAPHS PUBLISHED BETWEEN October 31, 2015 and December 14, 2015.

**Content Title:** AAA151031;AAB151031;AAC151031;AAD151031;AAE151031;AAF151031; AAG151031;AAH151031;AAI151031;AAJ151031;AAK151031;AAL151031; AAM151031;AAN151031;AAO151031;AAP151031;AAQ151031;AAR15103 1;AAS151031;AAT151031;AAU151031;AAV151031;AAW151031;AAX1510 31;AAY151031;AAZ151031;ABA151031;ABB151031;ABC151031;ABD1510 31;ABE151031;ABF151031;ABG151031;ABH151031;ABI151031;ABJ15103 1;ABK151031;ABL151031;ABM151031;ABN151031;ABO151031;ABP15103 1;ABQ151031;ABR151031;ABS151031;ABT151031;ABU151031;ABV15103 1;ABW151031;ABX151031;ABY151031;ABZ151031;ACA151031;ACB1510 31;ACC151031;ACD151031;ACE151031;ACF151031;ACG151031;ACH1510 31;ACI151031;ACJ151031;ACK151031;ACL151031;ACM151031;ACN15103 1;ACO151031;ACP151031;ACQ151031;ACR151031;ACS151031;ACT15103 1;ACU151031;ACV151031;ACW151031;ACX151031;ACY151031;ACZ1510 31;ADA151031;ADB151031;ADC151031;ADD151031;ADE151031;ADF1510 31;ADG151031;ADH151031;ADI151031;ADJ151031;ADK151031;ADL1510 31;ADM151031;ADN151031;ADO151031;ADP151031;ADQ151031;ADR151 031;ADS151031;ADT151031;ADU151031;ADV151031;ADW151031;ADX15 1031;ADY151031;ADZ151031;AEA151031;AEB151031;AEC151031;AED15 1031;AEE151031;AEF151031;AEG151031;AEH151031;AEI151031;AEJ1510 31;AEK151031;AEL151031;AEM151031;AEN151031;AEO151031;AEP1510 31;AEQ151031;AER151031;AES151031;AET151031;AEU151031;AEV15103 1;AEW151031;AEX151031;AEY151031;AEZ151031;AFA151031;AFB15103 1;AFC151031;AFD151031;AFE151031;AFF151031;AFG151031;AFH151031; AFI151031;AFJ151031;AFK151031;AFL151031;AFM151031;AFN151031;AF O151031;AFP151031;AFQ151031;AFR151031;AFS151031;AFT151031;AFU 151031;AFV151031;AFW151031;AFX151031;AFY151031;AFZ151031;AGA 151031;AGB151031;AGC151031;AGD151031;AGE151031;AGF151031;AGG 151031;AGH151031;AGI151031;AGJ151031;AGK151031;AGL151031;AGM 151031;AGN151031;AGO151031;AGP151031;AGQ151031;AGR151031;AGS 151031;AGT151031;AGU151031;AGV151031;AGW151031;AGX151031;AG Y151031;AGZ151031;AHA151031;AHB151031;AHC151031;AHD151031;A HE151031;AHF151031;AHG151031;AHH151031;AHI151031;AHJ151031;A HK151031;AHL151031;AHM151031

AHN151031;AHO151031;AHP151031;AHQ151031;AHR151031;AHS151031; AHT151031;AHU151031;AHV151031;AHW151031;AHX151031;AHY15103

1;AHZ151031;AIA151031;AIB151031;AIC151031;AID151031;AIE151031;AI
F151031;AIG151031;AIH151031;AII151031;AIJ151031;AIK151031;AIL1510
31;AIM151031;AIN151031;AIO151031;AIP151031;AIQ151031;AIR151031;A
IS151031;AIT151031;AIU151031;AIV151031;AIW151031;AIX151031;AIY1
51031;AIZ151031;AJA151031;AJB151031;AJC151031;AJD151031;AJE15103
1;AJF151031;AJG151031;AJH151031;AJI151031;AJJ151031;AJK151031;AJL
151031;AJM151031;AJN151031;AJO151031;AJP151031;AJQ151031;AJR151
031;AJS151031;AJT151031;AJU151031;AJV151031;AJW151031;AJX151031
;AJY151031;AJZ151031;AKA151031;AKB151031;AKC151031;AKD151031;
AKE151031;AKF151031;AKG151031;AKH151031;AKI151031;AKJ151031;
AKK151031;AKL151031;AKM151031;AKN151031;AKO151031;AKP151031
;AKQ151031;AKR151031;AKS151031;AKT151031;AKU151031;AKV15103
1;AKW151031;AKX151031;AKY151031;AKZ151031;ALA151031;ALB1510
31;ALC151031;ALD151031;ALE151031;ALF151031;ALG151031;ALH15103
1;ALI151031;ALJ151031;ALK151031;ALL151031;ALM151031;ALN151031;
ALO151031;ALP151031;ALQ151031;ALR151031;ALS151031;ALT151031;A
LU151031;ALV151031;ALW151031;ALX151031;ALY151031;ALZ151031;A
MA151031;AMB151031;AMC151031;AMD151031;AME151031;AMF151031
;AMG151031;AMH151031;AMI151031;AMJ151031;AMK151031;AML1510
31;AMM151031;AMN151031;AMO151031;AMP151031;AMQ151031;AMR1
51031;AMS151031;AMT151031;AMU151031;AMV151031;AMW151031;A
MX151031;AMY151031;AMZ151031;ANA151031;ANB151031;ANC151031;
AND151031;ANE151031;ANF151031;ANG151031;ANH151031;ANI151031;
ANJ151031;ANK151031;ANL151031;ANM151031;ANN151031;ANO151031
;ANP151031;ANQ151031;ANR151031;ANS151031;ANT151031;ANU151031
;ANV151031;ANW151031;ANX151031;ANY151031;ANZ151031;AOA15103
1;AOB151031;AOC151031;AOD151031;AOE151031;AOF151031;AOG15103
1;AOH151031;AOI151031;AOJ151031;AOK151031;AOL151031;AOM15103
1;AON151031;AOO151031;AOP151031;AOQ151031;AOR151031;AOS15103
1;AOT151031;AOU151031;AOV151031;AOW151031;AOX151031;AOY1510
31;AOZ151031

APA151031;APB151031;APC151031;APD151031;APE151031;APF151031;A
PG151031;APH151031;API151031;APJ151031;APK151031;APL151031;APM
151031;APN151031;APO151031;APP151031;APQ151031;APR151031;APS15
1031;APT151031;APU151031;APV151031;APW151031;APX151031;APY151
031;APZ151031;AQA151031;AQB151031;AQC151031;AQD151031;AQE151
031;AQF151031;AQG151031;AQH151031;AQI151031;AQJ151031;AQK1510
31;AQL151031;AQM151103;AQN151103;AQO151103;AQP151103;AQQ151
103;AQR151103;AQS151103;AQT151103;AQU151103;AQV151103;AQW15
1103;AQX151103;AQY151103;AQZ151103;ARA151103;ARB151103;ARC15
1103;ARD151103;ARE151103;ARF151103;ARG151103;ARH151103;ARI151
103;ARJ151103;ARK151103;ARL151103;ARM151103;ARN151103;ARO151
103;ARP151103;ARQ151103;ARR151103;ARS151103;ART151103;ARU151
103;ARV151103;ARW151103;ARX151103;ARY151103;ARZ151103;ASA15
1103;ASB151103;ASC151103;ASD151103;ASE151103;ASF151103;ASG1511
03;ASH151103;ASI151103;ASJ151103;ASK151103;ASL151103;ASM151103;
ASN151103;ASO151103;ASP151103;ASQ151103;ASR151103;ASS151103;A
ST151103;ASU151103;ASV151103;ASW151103;ASX151103;ASY151103;A
SZ151103;ATA151103;ATB151103;ATC151103;ATD151103;ATE151103;AT
F151103;ATG151103;ATH151103;ATI151103;ATJ151103;ATK151103;ATL1
51103;ATM151103;ATN151103;ATO151103;ATP151103;ATQ151103;ATR1
51103;ATS151103;ATT151103;ATU151103;ATV151103;ATW151103;ATX1
51103;ATY151103;ATZ151103;AUA151103;AUB151103;AUC151103;AUD1
51103;AUE151103;AUF151103;AUG151103;AUH151103;AUI151103;AUJ15
1103;AUK151103;AUL151103;AUM151103;AUN151103;AUO151103;AUP1
51103;AUQ151103;AUR151103;AUS151103;AUT151103;AUU151103;AUV
151103;AUW151103;AUX151103;AUY151103;AUZ151103;AVA151103;AV

*0000VA0002004878I1702*

B151103;AVC151103;AVD151103;AVE151103;AVF151103;AVG151103;AV
H151103;AVI151103;AVJ151103;AVK151103;AVL151103;AVM151103;AV
N151103;AVO151103;AVP151103;AVQ151103;AVR151103;AVS151103;AV
T151103;AVU151103;AVV151103;AVW151103;AVX151103;AVY151103;A
VZ151103;AWA151103;AWB151103;AWC151103;AWD151103;AWE15110
3;AWF151103;AWG151103;AWH151103;AWI151103;AWJ151103;AWK151
103;AWL151103;AWM151103

AWN151103;AWO151103;AWP151103;AWQ151103;AWR151103;AWS151
103;AWT151103;AWU151103;AWV151103;AWW151103;AWX151103;AW
Y151103;AWZ151103;AXA151103;AXB151103;AXC151103;AXD151103;A
XE151103;AXF151103;AXG151103;AXH151103;AXI151103;AXJ151103;A
XK151103;AXL151103;AXM151103;AXN151103;AXO151103;AXP151103;
AXQ151103;AXR151103;AXS151103;AXT151103;AXU151103;AXV151103
;AXW151103;AXX151103;AXY151103;AXZ151103;AYA151103;AYB15110
3;AYC151103;AYD151103;AYE151103;AYF151103;AYG151103;AYH1511
03;AYI151103;AYJ151103;AYK151103;AYL151103;AYM151103;AYN1511
03;AYO151103;AYP151103;AYQ151103;AYR151103;AYS151103;AYT1511
03;AYU151103;AYV151103;AYW151103;AYX151103;AYY151103;AYZ151
103;AZA151103;AZB151103;AZC151103;AZD151103;AZE151103;AZF1511
03;AZG151103;AZH151103;AZI151103;AZJ151103;AZK151103;AZL151103
;AZM151103;AZN151103;AZO151103;AZP151103;AZQ151103;AZR151103;
AZS151103;AZT151103;AZU151103;AZV151103;AZW151103;AZX151103;
AZY151103;AZZ151103;BAA151103;BAB151103;BAC151103;BAD151103;
BAE151103;BAF151103;BAG151103;BAH151103;BAI151103;BAJ151103;B
AK151103;BAL151103;BAM151103;BAN151103;BAO151103;BAP151103;B
AQ151103;BAR151103;BAS151103;BAT151103;BAU151103;BAV151103;B
AW151103;BAX151103;BAY151103;BAZ151103;BBA151103;BBB151103;B
BC151103;BBD151103;BBE151103;BBF151103;BBG151103;BBH151103;B
BI151103;BBJ151103;BBK151103;BBL151103;BBM151103;BBN151103;BB
O151103;BBP151103;BBQ151103;BBR151103;BBS151103;BBT151103;BBU
151103;BBV151103;BBW151103;BBX151103;BBY151103;BBZ151103;BCA
151103;BCB151103;BCC151103;BCD151103;BCE151103;BCF151103;BCG1
51103;BCH151103;BCI151103;BCJ151103;BCK151103;BCL151103;BCM15
1103;BCN151103;BCO151103;BCP151103;BCQ151103;BCR151103;BCS151
103;BCT151103;BCU151103;BCV151103;BCW151103;BCX151103;BCY151
103;BCZ151103;BDA151103;BDB151103;BDC151103;BDD151103;BDE151
103;BDF151103;BDG151103;BDH151103;BDI151103;BDJ151103;BDK1511
03;BDL151103;BDM151103;BDN151103;BDO151103;BDP151103;BDQ1511
03;BDR151103;BDS151103;BDT151103;BDU151103;BDV151103;BDW1511
03;BDX151103;BDY151103;BDZ151103

BEA151103;BEB151103;BEC151103;BED151103;BEE151103;BEF151103;B
EG151103;BEH151103;BEI151103;BEJ151103;BEK151103;BEL151103;BE
M151103;BEN151103;BEO151103;BEP151103;BEQ151103;BER151103;BES
151103;BET151103;BEU151103;BEV151103;BEW151103;BEX151103;BEY1
51103;BEZ151103;BFA151103;BFB151103;BFC151103;BFD151103;BFE151
103;BFF151103;BFG151103;BFH151103;BFI151103;BFJ151103;BFK151103;
BFL151103;BFM151103;BFN151103;BFO151103;BFP151103;BFQ151103;B
FR151103;BFS151103;BFT151103;BFU151103;BFV151103;BFW151103;BF
X151103;BFY151103;BFZ151103;BGA151103;BGB151103;BGC151103;BG
D151103;BGE151103;BGF151103;BGG151103;BGH151103;BGI151103;BGJ
151103;BGK151103;BGL151103;BGM151103;BGN151103;BGO151103;BGP
151103;BGQ151103;BGR151103;BGS151103;BGT151103;BGU151103;BGV
151103;BGW151103;BGX151103;BGY151103;BGZ151103;BHA151103;BH
B151103;BHC151103;BHD151103;BHE151103;BHF151103;BHG151103;BH
H151103;BHI151103;BHJ151103;BHK151103;BHL151103;BHM151103;BH
N151103;BHO151103;BHP151103;BHQ151103;BHR151103;BHS151103;BH

T151103;BHU151103;BHV151103;BHW151103;BHX151103;BHY151103;B
HZ151103;BIA151103;BIB151103;BIC151103;BID151103;BIE151103;BIF15
1103;BIG151103;BIH151103;BII151103;BIJ151103;BIK151103;BIL151103;B
IM151103;BIN151103;BIO151103;BIP151103;BIQ151103;BIR151103;BIS15
1103;BIT151103;BIU151103;BIV151103;BIW151103;BIX151103;BIY151103
;BIZ151103;BJA151103;BJB151103;BJC151103;BJD151103;BJE151103;BJF
151103;BJG151103;BJH151103;BJI151103;BJJ151103;BJK151103;BJL15110
3;BJM151103;BJN151103;BJO151103;BJP151103;BJQ151103;BJR151103;BJ
S151103;BJT151103;BJU151103;BJV151103;BJW151103;BJX151103;BJY15
1103;BJZ151103;BKA151103;BKB151103;BKC151103;BKD151103;BKE151
103;BKF151103;BKG151103;BKH151103;BKI151103;BKJ151103;BKK1511
03;BKL151103;BKM151103;BKN151103;BKO151103;BKP151103;BKQ1511
03;BKR151103;BKS151103;BKT151103;BKU151103;BKV151103;BKW15111
03;BKX151103;BKY151103;BKZ151103;BLA151103;BLB151103;BLC15110
3;BLD151103;BLE151103;BLF151103;BLG151103;BLH151103;BLI151103;
BLJ151103;BLK151103;BLL151103;BLM151103

BLN151103;BLO151103;BLP151103;BLQ151103;BLR151103;BLS151103;B
LT151103;BLU151103;BLV151103;BLW151103;BLX151103;BLY151103;B
LZ151103;BMA151103;BMB151103;BMC151103;BMD151103;BME151103;
BMF151103;BMG151103;BMH151103;BMI151103;BMJ151103;BMK151103
;BML151103;BMM151103;BMN151103;BMO151103;BMP151103;BMQ1511
03;BMR151103;BMS151103;BMT151103;BMU151103;BMV151103;BMW15
1103;BMX151103;BMY151103;BMZ151103;BNA151103;BNB151103;BNC1
51103;BND151103;BNE151103;BNF151103;BNG151103;BNH151103;BNI15
1103;BNJ151103;BNK151103;BNL151103;BNM151103;BNN151103;BNO15
1103;BNP151103;BNQ151103;BNR151103;BNS151103;BNT151103;BNU15
1103;BNV151103;BNW151103;BNX151103;BNY151103;BNZ151103;BOA1
51103;BOB151103;BOC151103;BOD151103;BOE151103;BOF151103;BOG1
51103;BOH151103;BOI151103;BOJ151103;BOK151103;BOL151103;BOM15
1103;BON151103;BOO151103;BOP151103;BOQ151103;BOR151103;BOS15
1103;BOT151103;BOU151103;BOV151103;BOW151103;BOX151103;BOY1
51103;BOZ151103;BPA151103;BPB151103;BPC151103;BPD151103;BPE151
103;BPF151103;BPG151103;BPH151103;BPI151103;BPJ151103;BPK151103;
BPL151103;BPM151103;BPN151103;BPO151103;BPP151103;BPQ151103;B
PR151103;BPS151103;BPT151103;BPU151103;BPV151103;BPW151103;BP
X151103;BPY151103;BPZ151103;BQA151103;BQB151103;BQC151103;BQ
D151103;BQE151103;BQF151103;BQG151103;BQH151103;BQI151103;BQJ
151103;BQK151103;BQL151103;BQM151103;BQN151103;BQO151103;BQP
151103;BQQ151103;BQR151103;BQS151103;BQT151103;BQU151103;BQV
151103;BQW151103;BQX151103;BQY151103;BQZ151103;BRA151103;BRB
151103;BRC151103;BRD151103;BRE151103;BRF151103;BRG151103;BRH1
51103;BRI151103;BRJ151103;BRK151103;BRL151103;BRM151103;BRN15
1103;BRO151103;BRP151103;BRQ151103;BRR151103;BRS151103;BRT151
103;BRU151103;BRV151103;BRW151103;BRX151103;BRY151103;BRZ151
103;BSA151103;BSB151103;BSC151103;BSD151103;BSE151103;BSF15110
3;BSG151103;BSH151103;BSI151103;BSJ151103;BSK151103;BSL151103;B
SM151103;BSN151103;BSO151103;BSP151103;BSQ151103;BSR151103;BS
S151103;BST151103;BSU151103;BSV151103;BSW151103;BSX151103;BSY
151103;BSZ151103



BTA151103;BTB151103;BTC151103;BTD151103;BTE151103;BTF151103;B
TG151103;BTH151103;BTI151103;BTJ151103;BTK151103;BTL151103;BT
M151103;BTN151103;BTO151103;BTP151104;BTQ151104;BTR151104;BTS
151104;BTT151104;BTU151104;BTV151104;BTW151104;BTX151104;BTY1
51104;BTZ151104;BUA151104;BUB151104;BUC151104;BUD151104;BUE1
51104;BUF151104;BUG151104;BUH151104;BUI151104;BUJ151104;BUK15
1104;BUL151104;BUM151104;BUN151104;BUO151104;BUP151104;BUQ15

1104;BUR151104;BUS151104;BUT151104;BUU151104;BUV151104;BUW15
1104;BUX151104;BUY151104;BUZ151104;BVA151104;BVB151104;BVC15
1104;BVD151104;BVE151104;BVF151104;BVG151104;BVH151104;BVI151
104;BVJ151104;BVK151104;BVL151104;BVM151104;BVN151104;BVO151
104;BVP151104;BVQ151104;BVR151104;BVS151104;BVT151104;BVU151
104;BVV151104;BVW151104;BVX151104;BVY151104;BVZ151104;BWA15
1104;BWB151104;BWC151104;BWD151104;BWE151104;BWF151104;BWG
151104;BWH151104;BWI151104;BWJ151104;BWK151104;BWL151104;BW
M151104;BWN151104;BWO151104;BWP151104;BWQ151104;BWR151104;
BWS151104;BWT151104;BWU151104;BWV151104;BWW151104;BWX151
104;BWY151104;BWZ151104;BXA151104;BXB151104;BXC151104;BXD15
1104;BXE151104;BXF151104;BXG151104;BXH151104;BXI151104;BXJ151
104;BXK151104;BXL151104;BXM151104;BXN151104;BXO151104;BXP151
104;BXQ151104;BXR151104;BXS151104;BXT151104;BXU151104;BXV151
104;BXW151104;BXX151104;BXY151104;BXZ151104;BYA151104;BYB15
1104;BYC151104;BYD151104;BYE151104;BYF151104;BYG151104;BYH15
1104;BYI151104;BYJ151104;BYK151104;BYL151104;BYM151104;BYN151
104;BYO151104;BYP151104;BYQ151104;BYR151104;BYS151104;BYT151
104;BYU151104;BYV151104;BYW151104;BYX151104;BYY151104;BYZ15
1104;BZA151104;BZB151104;BZC151104;BZD151104;BZE151104;BZF1511
04;BZG151104;BZH151104;BZI151104;BZJ151104;BZK151104;BZL151104;
BZM151104;BZN151104;BZO151104;BZP151104;BZQ151104;BZR151104;B
ZS151104;BZT151104;BZU151104;BZV151104;BZW151104;BZX151104;BZ
Y151104;BZZ151104;CAA151104;CAB151104;CAC151104;CAD151104;CA
E151104;CAF151104;CAG151104;CAH151104;CAI151104;CAJ151104;CAK
151104;CAL151104;CAM151104

CAN151104;CAO151104;CAP151104;CAQ151104;CAR151104;CAS151104;
CAT151104;CAU151104;CAV151104;CAW151104;CAX151104;CAY151104
;CAZ151104;CBA151104;CBB151104;CBC151104;CBD151104;CBE151104;
CBF151104;CBG151104;CBH151104;CBI151104;CBJ151104;CBK151104;C
BL151104;CBM151104;CBN151104;CBO151104;CBP151104;CBQ151104;C
BR151104;CBS151104;CBT151104;CBU151104;CBV151104;CBW151104;C
BX151104;CBY151104;CBZ151104;CCA151104;CCB151104;CCC151104;C
CD151104;CCE151104;CCF151104;CCG151104;CCH151104;CCI151104;CC
J151104;CCK151104;CCL151104;CCM151104;CCN151104;CCO151104;CCP
151104;CCQ151104;CCR151104;CCS151104;CCT151104;CCU151104;CCV1
51104;CCW151104;CCX151104;CCY151104;CCZ151104;CDA151104;CDB1
51104;CDC151104;CDD151104;CDE151104;CDF151104;CDG151104;CDH1
51104;CDI151104;CDJ151104;CDK151104;CDL151104;CDM151104;CDN15
1104;CDO151104;CDP151104;CDQ151104;CDR151104;CDS151104;CDT15
1104;CDU151104;CDV151104;CDW151104;CDX151104;CDY151104;CDZ1
51104;CEA151104;CEB151104;CEC151104;CED151104;CEE151104;CEF151
104;CEG151104;CEH151104;CEI151104;CEJ151104;CEK151104;CEL15110
4;CEM151104;CEN151104;CEO151104;CEP151104;CEQ151104;CER151104
;CES151104;CET151104;CEU151104;CEV151104;CEW151104;CEX151104;
CEY151104;CEZ151104;CFA151104;CFB151104;CFC151104;CFD151104;C
FE151104;CFF151104;CFG151104;CFH151104;CFI151104;CFJ151104;CFK1
51104;CFL151104;CFM151104;CFN151104;CFO151104;CFP151104;CFQ151
104;CFR151104;CFS151104;CFT151104;CFU151104;CFV151104;CFW15110
4;CFX151104;CFY151104;CFZ151104;CGA151104;CGB151104;CGC151104
;CGD151104;CGE151104;CGF151104;CGG151104;CGH151104;CGI151104;
CGJ151104;CGK151104;CGL151104;CGM151104;CGN151104;CGO151104;
CGP151104;CGQ151104;CGR151104;CGS151104;CGT151104;CGU151104;
CGV151104;CGW151104;CGX151104;CGY151104;CGZ151104;CHA151104
;CHB151104;CHC151104;CHD151104;CHE151104;CHF151104;CHG151104;
CHH151104;CHI151104;CHJ151104;CHK151104;CHL151104;CHM151104;
CHN151104;CHO151104;CHP151104;CHQ151104;CHR151104;CHS151104;

CHT151104;CHU151104;CHV151104;CHW151104;CHX151104;CHY151104
;CHZ151104

CIA151104;CIB151104;CIC151104;CID151104;CIE151104;CIF151104;CIG1
51104;CIH151104;CII151104;CIJ151104;CIK151104;CIL151104;CIM151104;
CIN151104;CIO151104;CIP151104;CIQ151104;CIR151104;CIS151104;CIT15
1104;CIU151104;CIV151104;CIW151104;CIX151104;CIY151104;CIZ151104
;CJA151104;CJB151104;CJC151104;CJD151104;CJE151104;CJF151104;CJG
151104;CJH151104;CJI151104;CJJ151104;CJK151104;CJL151104;CJM15110
4;CJN151104;CJO151104;CJP151104;CJQ151104;CJR151104;CJS151104;CJ
T151104;CJU151104;CJV151104;CJW151104;CJX151104;CJY151104;CJZ15
1104;CKA151104;CKB151104;CKC151104;CKD151104;CKE151104;CKF15
1104;CKG151104;CKH151104;CKI151104;CKJ151104;CKK151104;CKL151
104;CKM151104;CKN151104;CKO151104;CKP151104;CKQ151104;CKR151
104;CKS151104;CKT151104;CKU151104;CKV151104;CKW151104;CKX151
104;CKY151104;CKZ151104;CLA151104;CLB151104;CLC151104;CLD1511
04;CLE151104;CLF151104;CLG151104;CLH151104;CLI151104;CLJ151104;
CLK151104;CLL151104;CLM151104;CLN151104;CLO151104;CLP151104;C
LQ151104;CLR151104;CLS151104;CLT151104;CLU151104;CLV151104;CL
W151104;CLX151104;CLY151104;CLZ151104;CMA151104;CMB151104;C
MC151104;CMD151104;CME151104;CMF151104;CMG151104;CMH151104
;CMI151104;CMJ151104;CMK151104;CML151104;CMM151104;CMN15110
4;CMO151104;CMP151104;CMQ151104;CMR151104;CMS151104;CMT151
104;CMU151104;CMV151104;CMW151104;CMX151104;CMY151104;CMZ
151104;CNA151104;CNB151104;CNC151104;CND151104;CNE151104;CNF
151104;CNG151104;CNH151104;CNI151104;CNJ151104;CNK151104;CNL1
51104;CNM151104;CNN151104;CNO151104;CNP151104;CNQ151104;CNR1
51104;CNS151104;CNT151104;CNU151104;CNV151104;CNW151104;CNX1
51104;CNY151104;CNZ151104;COA151104;COB151104;COC151104;COD1
51104;COE151104;COF151104;COG151104;COH151104;COI151104;COJ15
1104;COK151104;COL151104;COM151104;CON151104;COO151104;COP15
1104;COQ151104;COR151104;COS151104;COT151104;COU151104;COV15
1104;COW151104;COX151104;COY151104;COZ151104;CPA151104;CPB15
1104;CPC151104;CPD151104;CPE151104;CPF151104;CPG151104;CPH1511
04;CPI151104;CPJ151104;CPK151104;CPL151104;CPM151104

CPN151104;CPO151104;CPP151104;CPQ151104;CPR151104;CPS151104;CP
T151104;CPU151104;CPV151104;CPW151104;CPX151104;CPY151104;CPZ
151104;CQA151104;CQB151104;CQC151104;CQD151104;CQE151104;CQF
151104;CQG151104;CQH151104;CQI151104;CQJ151104;CQK151104;CQL1
51104;CQM151104;CQN151104;CQO151104;CQP151104;CQQ151104;CQR1
51104;CQS151104;CQT151104;CQU151104;CQV151104;CQW151104;CQX1
51104;CQY151104;CQZ151104;CRA151104;CRB151104;CRC151104;CRD1
51104;CRE151104;CRF151104;CRG151104;CRH151104;CRI151104;CRJ151
104;CRK151104;CRL151104;CRM151104;CRN151104;CRO151104;CRP151
104;CRQ151104;CRR151104;CRS151104;CRT151104;CRU151104;CRV1511
04;CRW151104;CRX151104;CRY151104;CRZ151104;CSA151104;CSB1511
04;CSC151104;CSD151104;CSE151104;CSF151104;CSG151104;CSH151104;
CSI151104;CSJ151104;CSK151104;CSL151104;CSM151104;CSN151104;CS
O151104;CSP151104;CSQ151104;CSR151104;CSS151104;CST151104;CSU1
51104;CSV151104;CSW151104;CSX151104;CSY151104;CSZ151104;CTA15
1104;CTB151104;CTC151104;CTD151104;CTE151104;CTF151104;CTG1511
04;CTH151104;CTI151104;CTJ151104;CTK151104;CTL151104;CTM151104;
CTN151104;CTO151104;CTP151104;CTQ151104;CTR151104;CTS151104;C
TT151104;CTU151105;CTV151105;CTW151105;CTX151105;CTY151105;C
TZ151105;CUA151105;CUB151105;CUC151105;CUD151105;CUE151105;C
UF151105;CUG151105;CUH151105;CUI151105;CUJ151105;CUK151105;CU
L151105;CUM151105;CUN151105;CUO151105;CUP151105;CUQ151105;CU

*0000VA0002004878 1704*

R151105;CUS151105;CUT151105;CUU151105;CUV151105;CUW151105;CU
X151105;CUY151105;CUZ151105;CVA151105;CVB151105;CVC151105;CV
D151105;CVE151105;CVF151105;CVG151105;CVH151105;CVI151105;CVJ
151105;CVK151105;CVL151105;CVM151105;CVN151105;CVO151105;CVP
151105;CVQ151105;CVR151105;CVS151105;CVT151105;CVU151105;CVV
151105;CVW151105;CVX151105;CVY151105;CVZ151105;CWA151105;CW
B151105;CWC151105;CWD151105;CWE151105;CWF151105;CWG151105;
CWH151105;CWI151105;CWJ151105;CWK151105;CWL151105;CWM15110
5;CWN151105;CWO151105;CWP151105;CWQ151105;CWR151105;CWS151
105;CWT151105;CWU151105;CWV151105;CWW151105;CWX151105;CWY
151105;CWZ151105

CXA151105;CXB151105;CXC151105;CXD151105;CXE151105;CXF151105;
CXG151105;CXH151105;CXI151105;CXJ151105;CXK151105;CXL151105;C
XM151105;CXN151105;CXO151105;CXP151105;CXQ151105;CXR151105;C
XS151105;CXT151105;CXU151105;CXV151105;CXW151105;CXX151105;C
XY151105;CXZ151105;CYA151105;CYB151105;CYC151105;CYD151105;C
YE151105;CYF151105;CYG151105;CYH151105;CYI151105;CYJ151105;CY
K151105;CYL151105;CYM151105;CYN151105;CYO151105;CYP151105;CY
Q151105;CYR151105;CYS151105;CYT151105;CYU151105;CYV151105;CY
W151105;CYX151105;CYY151105;CYZ151105;CZA151105;CZB151105;CZ
C151105;CZD151105;CZE151105;CZF151105;CZG151105;CZH151105;CZI1
51105;CZJ151105;CZK151105;CZL151105;CZM151105;CZN151105;CZO15
1105;CZP151105;CZQ151105;CZR151105;CZS151105;CZT151105;CZU1511
05;CZV151105;CZW151105;CZX151105;CZY151105;CZZ151105;DAA1511
05;DAB151105;DAC151105;DAD151105;DAE151105;DAF151105;DAG1511
05;DAH151105;DAI151105;DAJ151105;DAK151105;DAL151105;DAM1511
05;DAN151105;DAO151105;DAP151105;DAQ151105;DAR151105;DAS1511
05;DAT151105;DAU151105;DAV151105;DAW151105;DAX151105;DAY151
105;DAZ151105;DBA151105;DBB151105;DBC151105;DBD151105;DBE151
105;DBF151105;DBG151105;DBH151105;DBI151105;DBJ151105;DBK1511
05;DBL151105;DBM151105;DBN151105;DBO151105;DBP151105;DBQ1511
05;DBR151105;DBS151105;DBT151105;DBU151105;DBV151105;DBW1511
05;DBX151105;DBY151105;DBZ151105;DCA151105;DCB151105;DCC1511
05;DCD151105;DCE151105;DCF151105;DCG151105;DCH151105;DCI15110
5;DCJ151105;DCK151105;DCL151105;DCM151105;DCN151105;DCO15110
5;DCP151105;DCQ151105;DCR151105;DCS151105;DCT151105;DCU15110
5;DCV151105;DCW151105;DCX151105;DCY151105;DCZ151105;DDA1511
05;DDB151105;DDC151105;DDD151105;DDE151105;DDF151105;DDG1511
05;DDH151105;DDI151105;DDJ151105;DDK151105;DDL151105;DDM1511
05;DDN151105;DDO151105;DDP151105;DDQ151105;DDR151105;DDS1511
05;DDT151105;DDU151105;DDV151105;DDW151105;DDX151105;DDY151
105;DDZ151105;DEA151105;DEB151105;DEC151105;DED151105;DEE1511
05;DEF151105;DEG151105;DEH151105;DEI151105;DEJ151105;DEK151105
;DEL151105;DEM151105

DEN151105;DEO151105;DEP151105;DEQ151105;DER151105;DES151105;
DET151105;DEU151105;DEV151105;DEW151105;DEX151105;DEY151105;
DEZ151105;DFA151105;DFB151105;DFC151105;DFD151105;DFE151105;D
FF151105;DFG151105;DFH151105;DFI151105;DFJ151105;DFK151105;DFL
151105;DFM151105;DFN151105;DFO151105;DFP151105;DFQ151105;DFR1
51105;DFS151105;DFT151105;DFU151105;DFV151105;DFW151105;DFX15
1105;DFY151105;DFZ151105;DGA151105;DGB151105;DGC151105;DGD15
1105;DGE151105;DGF151105;DGG151105;DGH151105;DGI151105;DGJ151
105;DGK151105;DGL151105;DGM151105;DGN151105;DGO151105;DGP15
1105;DGQ151105;DGR151105;DGS151105;DGT151105;DGU151105;DGV1
51105;DGW151105;DGX151105;DGY151105;DGZ151105;DHA151105;DHB
151105;DHC151105;DHD151105;DHE151105;DHF151105;DHG151105;DH

H151105;DHI151105;DHJ151105;DHK151105;DHL151105;DHM151105;DH
N151105;DHO151105;DHP151105;DHQ151105;DHR151105;DHS151105;DH
T151105;DHU151105;DHV151105;DHW151105;DHX151105;DHY151105;D
HZ151105;DIA151105;DIB151105;DIC151105;DID151105;DIE151105;DIF15
1105;DIG151105;DIH151105;DII151105;DIJ151105;DIK151105;DIL151105;
DIM151105;DIN151105;DIO151105;DIP151105;DIQ151105;DIR151105;DIS
151105;DIT151105;DIU151105;DIV151105;DIW151105;DIX151105;DIY151
105;DIZ151105;DJA151105;DJB151105;DJC151105;DJD151105;DJE151105;
DJF151105;DJG151105;DJH151105;DJI151105;DJJ151105;DJK151105;DJL1
51105;DJM151105;DJN151105;DJO151105;DJP151105;DJQ151105;DJR1511
05;DJS151105;DJT151105;DJU151105;DJV151105;DJW151105;DJX151105;
DJY151105;DJZ151105;DKA151105;DKB151105;DKC151105;DKD151105;
DKE151105;DKF151105;DKG151105;DKH151105;DKI151105;DKJ151105;
DKK151105;DKL151105;DKM151105;DKN151105;DKO151105;DKP151105
;DKQ151105;DKR151105;DKS151105;DKT151105;DKU151105;DKV15110
5;DKW151105;DKX151105;DKY151105;DKZ151105;DLA151105;DLB1511
05;DLC151105;DLD151105;DLE151105;DLF151105;DLG151105;DLH15110
5;DLI151105;DLJ151105;DLK151105;DLL151105;DLM151105;DLN151105;
DLO151105;DLP151105;DLQ151105;DLR151105;DLS151105;DLT151105;D
LU151105;DLV151105;DLW151105;DLX151105;DLY151105;DLZ151105

DMA151105;DMB151105;DMC151105;DMD151105;DME151105;DMF1511
05;DMG151105;DMH151105;DMI151105;DMJ151105;DMK151105;DML15
1105;DMM151105;DMN151105;DMO151105;DMP151105;DMQ151105;DM
R151105;DMS151105;DMT151105;DMU151105;DMV151105;DMW151105;
DMX151105;DMY151105;DMZ151105;DNA151105;DNB151105;DNC15110
5;DND151105;DNE151105;DNF151105;DNG151105;DNH151105;DNI15110
5;DNJ151105;DNK151105;DNL151105;DNM151105;DNN151105;DNO1511
05;DNP151105;DNQ151105;DNR151105;DNS151105;DNT151105;DNU1511
05;DNW151105;DNW151105;DNX151105;DNY151105;DNZ151106;DOA151
106;DOB151106;DOC151106;DOD151106;DOE151106;DOF151106;DOG151
106;DOH151106;DOI151106;DOJ151106;DOK151106;DOL151106;DOM151
106;DON151106;DOO151106;DOP151106;DOQ151106;DOR151106;DOS151
106;DOT151106;DOU151106;DOV151106;DOW151106;DOX151106;DOY15
1106;DOZ151106;DPA151106;DPB151106;DPC151106;DPD151106;DPE151
106;DPF151106;DPG151106;DPH151106;DPI151106;DPJ151106;DPK151106
;DPL151106;DPM151106;DPN151106;DPO151106;DPP151106;DPQ151106;
DPR151106;DPS151106;DPT151106;DPU151106;DPV151106;DPW151106;D
PX151106;DPY151106;DPZ151106;DQA151106;DQB151106;DQC151106;D
QD151106;DQE151106;DQF151106;DQG151106;DQH151106;DQI151106;D
QJ151106;DQK151106;DQL151106;DQM151106;DQN151106;DQO151106;
DQP151106;DQQ151106;DQR151106;DQS151106;DQT151106;DQU151106;
DQV151106;DQW151106;DQX151106;DQY151106;DQZ151106;DRA15110
6;DRB151106;DRC151106;DRD151106;DRE151106;DRF151106;DRG15110
6;DRH151106;DRI151106;DRJ151106;DRK151106;DRL151106;DRM151106
;DRN151106;DRO151106;DRP151106;DRQ151106;DRR151106;DRS151106;
DRT151106;DRU151106;DRV151106;DRW151106;DRX151106;DRY151106
;DRZ151106;DSA151106;DSB151106;DSC151106;DSD151106;DSE151106;
DSF151106;DSG151106;DSH151106;DSI151106;DSJ151106;DSK151106;DS
L151106;DSM151106;DSN151106;DSO151106;DSP151106;DSQ151106;DSR
151106;DSS151106;DST151106;DSU151106;DSV151106;DSW151106;DSX1
51106;DSY151106;DSZ151106;DTA151106;DTB151106;DTC151106;DTD15
1106;DTE151106;DTF151106;DTG151106;DTH151106;DTI151106;DTJ1511
06;DTK151106;DTL151106;DTM151106

DTN151106;DTO151106;DTP151106;DTQ151106;DTR151106;DTS151106;
DTT151106;DTU151106;DTV151106;DTW151106;DTX151106;DTY151106;
DTZ151106;DUA151106;DUB151106;DUC151106;DUD151106;DUE151106;

*0000VA000200487817 05*

DUF151106;DUG151106;DUH151106;DUI151106;DUJ151106;DUK151106;
DUL151106;DUM151106;DUN151106;DUO151106;DUP151106;DUQ151106
;DUR151106;DUS151106;DUT151106;DUU151106;DUV151106;DUW15110
6;DUX151106;DUY151106;DUZ151106;DVA151106;DVB151106;DVC1511
06;DVD151106;DVE151106;DVF151106;DVG151106;DVH151106;DVI1511
06;DVJ151106;DVK151106;DVL151106;DVM151106;DVN151106;DVO151
106;DVP151106;DVQ151106;DVR151106;DVS151106;DVT151106;DVU151
106;DVV151106;DVW151106;DVX151106;DVY151106;DVZ151106;DWA1
51106;DWB151106;DWC151106;DWD151106;DWE151106;DWF151106;D
WG151106;DWH151106;DWI151106;DWJ151106;DWK151106;DWL151106
;DWM151106;DWN151106;DWO151106;DWP151106;DWQ151106;DWR15
1106;DWS151106;DWT151106;DWU151106;DWV151106;DWW151106;DW
X151106;DWY151106;DWZ151106;DXA151106;DXB151106;DXC151106;D
XD151106;DXE151106;DXF151106;DXG151106;DXH151106;DXI151106;D
XJ151106;DXK151106;DXL151106;DXM151106;DXN151106;DXO151106;
DXP151106;DXQ151106;DXR151106;DXS151106;DXT151106;DXU151106;
DXV151106;DXW151106;DXX151106;DXY151106;DXZ151106;DYA15110
6;DYB151106;DYC151106;DYD151106;DYE151106;DYF151106;DYG15110
6;DYH151106;DYI151106;DYJ151106;DYK151106;DYL151106;DYM15110
6;DYN151106;DYO151106;DYP151106;DYQ151106;DYR151106;DYS15110
6;DYT151106;DYU151106;DYV151106;DYW151106;DYX151106;DYY1511
06;DYZ151106;DZA151106;DZB151106;DZC151106;DZD151106;DZE15110
6;DZF151106;DZG151106;DZH151106;DZI151106;DZJ151106;DZK151106;
DZL151106;DZM151106;DZN151106;DZO151106;DZP151106;DZQ151106;
DZR151106;DZS151106;DZT151106;DZU151106;DZV151106;DZW151106;
DZX151106;DZY151106;DZZ151106;EAA151106;EAB151106;EAC151106;
EAD151106;EAE151106;EAF151106;EAG151106;EAH151106;EAI151106;E
AJ151106;EAK151106;EAL151106;EAM151106;EAN151106;EAO151106;E
AP151106;EAQ151106;EAR151106;EAS151106;EAT151106;EAU151106;EA
V151106;EAW151106;EAX151106;EAY151106;EAZ151106

EBA151106;EBB151106;EBC151106;EBD151106;EBE151106;EBF151106;E
BG151106;EBH151106;EBI151106;EBJ151106;EBK151106;EBL151106;EB
M151106;EBN151106;EBO151106;EBP151106;EBQ151106;EBR151106;EBS
151106;EBT151106;EBU151106;EBV151106;EBW151106;EBX151106;EBY1
51106;EBZ151106;ECA151106;ECB151106;ECC151106;ECD151106;ECE15
1106;ECF151106;ECG151106;ECH151106;ECI151106;ECJ151106;ECK15110
6;ECL151106;ECM151106;ECN151106;ECO151106;ECP151106;ECQ151106
;ECR151106;ECS151106;ECT151106;ECU151106;ECV151106;ECW151106;
ECX151106;ECY151106;ECZ151106;EDA151106;EDB151106;EDC151106;E
DD151106;EDE151106;EDF151106;EDG151106;EDH151106;EDI151106;ED
J151106;EDK151106;EDL151106;EDM151106;EDN151106;EDO151106;EDP
151106;EDQ151106;EDR151106;EDS151106;EDT151106;EDU151106;EDV1
51106;EDW151106;EDX151106;EDY151106;EDZ151106;EEA151106;EEB1
51106;EEC151106;EED151106;EEE151106;EEF151106;EEG151106;EEH151
106;EEI151106;EEJ151106;EEK151106;EEL151106;EEM151106;EEN151106
;EEO151106;EEP151106;EEQ151106;EER151106;EES151106;EET151106;E
EU151106;EEV151106;EEW151106;EEX151106;EEY151106;EEZ151106;EF
A151107;EFB151107;EFC151107;EFD151107;EFE151107;EFF151107;EFG1
51107;EFH151107;EFI151107;EFJ151107;EFK151107;EFL151107;EFM1511
07;EFN151107;EFO151107;EFP151107;EFQ151107;EFR151107;EFS151107;
EFT151107;EFU151107;EFV151107;EFW151107;EFX151107;EFY151107;EF
Z151107;EGA151107;EGB151107;EGC151107;EGD151107;EGE151107;EGF
151107;EGG151107;EGH151107;EGI151107;EGJ151107;EGK151107;EGL15
1107;EGM151107;EGN151107;EGO151107;EGP151107;EGQ151107;EGR15
1107;EGS151107;EGT151107;EGU151107;EGV151107;EGW151107;EGX15
1107;EGY151107;EGZ151107;EHA151107;EHB151107;EHC151107;EHD151
107;EHE151107;EHF151107;EHG151107;EHH151107;EHI151107;EHJ15110

7;EHK151107;EHL151107;EHM151107;EHN151107;EHO151107;EHP15110
7;EHQ151107;EHR151107;EHS151107;EHT151107;EHU151107;EHV151107
;EHW151107;EHX151107;EHY151107;EHZ151107;EIA151107;EIB151107;E
IC151107;EID151107;EIE151107;EIF151107;EIG151107;EIH151107;EII1511
07;EIJ151107;EIK151107;EIL151107;EIM151107

EIN151107;EIO151107;EIP151107;EIQ151107;EIR151107;EIS151107;EIT15
1107;EIU151107;EIV151107;EIW151107;EIX151107;EIY151107;EIZ151107;
EJA151107;EJB151107;EJC151107;EJD151107;EJE151107;EJF151107;EJG1
51107;EJH151107;EJI151107;EJJ151107;EJK151107;EJL151107;EJM151107;
EJN151107;EJO151107;EJP151107;EJQ151107;EJR151107;EJS151107;EJT15
1107;EJU151107;EJV151107;EJW151107;EJX151107;EJY151107;EJZ151107
;EKA151107;EKB151107;EKC151107;EKD151107;EKE151107;EKF151107;
EKG151107;EKH151107;EKI151107;EKJ151107;EKK151107;EKL151107;E
KM151107;EKN151107;EKO151107;EKP151107;EKQ151107;EKR151107;E
KS151107;EKT151107;EKU151107;EKV151107;EKW151107;EKX151107;E
KY151107;EKZ151107;ELA151107;ELB151107;ELC151107;ELD151107;EL
E151107;ELF151107;ELG151107;ELH151107;ELI151107;ELJ151107;ELK15
1107;ELL151107;ELM151107;ELN151107;ELO151107;ELP151107;ELQ1511
07;ELR151107;ELS151107;ELT151107;ELU151107;ELV151107;ELW151107
;ELX151107;ELY151107;ELZ151107;EMA151107;EMB151107;EMC151107;
EMD151107;EME151107;EMF151107;EMG151107;EMH151107;EMI151107
;EMJ151107;EMK151107;EML151107;EMM151107;EMN151107;EMO15110
7;EMP151107;EMQ151107;EMR151107;EMS151107;EMT151107;EMU1511
07;EMV151107;EMW151107;EMX151107;EMY151107;EMZ151107;ENA15
1110;ENB151110;ENC151110;END151110;ENE151110;ENF151110;ENG151
110;ENH151110;ENI151110;ENJ151110;ENK151110;ENL151110;ENM1511
10;ENN151110;ENO151110;ENP151110;ENQ151110;ENR151110;ENS15111
0;ENT151110;ENU151110;ENV151110;ENW151110;ENX151110;ENY15111
0;ENZ151110;EOA151110;EOB151110;EOC151110;EOD151110;EOE151110
;EOF151110;EOG151110;EOH151110;EOI151110;EOJ151110;EOK151110;E
OL151110;EOM151110;EON151110;EOO151110;EOP151110;EOQ151110;E
OR151110;EOS151110;EOT151110;EOU151110;EOV151110;EOW151110;E
OX151110;EOY151110;EOZ151110;EPA151110;EPB151110;EPC151110;EP
D151110;EPE151110;EPF151110;EPG151110;EPH151110;EPI151110;EPJ151
110;EPK151110;EPL151110;EPM151110;EPN151110;EPO151110;EPP15111
0;EPQ151110;EPR151110;EPS151110;EPT151110;EPU151110;EPV151110;E
PW151110;EPX151110;EPY151110;EPZ151110

EQA151110;EQB151110;EQC151110;EQD151110;EQE151110;EQF151110;E
QG151110;EQH151110;EQI151110;EQJ151110;EQK151110;EQL151110;EQ
M151110;EQN151110;EQO151110;EQP151110;EQQ151110;EQR151110;EQ
S151110;EQT151110;EQU151110;EQV151110;EQW151110;EQX151110;EQ
Y151110;EQZ151110;ERA151110;ERB151110;ERC151110;ERD151110;ERE
151110;ERF151110;ERG151110;ERH151110;ERI151110;ERJ151110;ERK151
110;ERL151110;ERM151110;ERN151110;ERO151110;ERP151110;ERQ1511
10;ERR151110;ERS151110;ERT151110;ERU151110;ERV151110;ERW15111
0;ERX151110;ERY151110;ERZ151110;ESA151110;ESB151110;ESC151110;
ESD151110;ESE151110;ESF151110;ESG151110;ESH151110;ESI151110;ESJ
151110;ESK151110;ESL151110;ESM151110;ESN151110;ESO151110;ESP15
1110;ESQ151110;ESR151110;ESS151110;EST151110;ESU151110;ESV15111
0;ESW151110;ESX151110;ESY151110;ESZ151110;ETA151110;ETB151110;
ETC151110;ETD151110;ETE151110;ETF151110;ETG151110;ETH151110;ET
I151110;ETJ151110;ETK151110;ETL151110;ETM151110;ETN151110;ETO1
51110;ETP151110;ETQ151110;ETR151110;ETS151110;ETT151110;ETU151
110;ETV151110;ETW151110;ETX151110;ETY151110;ETZ151110;EUA1511
10;EUB151110;EUC151110;EUD151110;EUE151110;EUF151110;EUG15111
0;EUH151110;EUI151110;EUJ151110;EUK151110;EUL151110;EUM151110;

*0000VA0002004781706*

EUN151110;EUO151110;EUP151110;EUQ151110;EUR151110;EUS151110;E
UT151110;EUU151110;EUV151110;EUW151110;EUX151110;EUY151110;E
UZ151110;EVA151110;EVB151110;EVC151110;EVD151110;EVE151110;E
VF151110;EVG151110;EVH151110;EVI151110;EVJ151110;EVK151110;EV
L151110;EVM151110;EVN151110;EVO151110;EVP151110;EVQ151110;EV
R151110;EVS151110;EVT151110;EVU151110;EVV151110;EVW151110;EV
X151110;EVY151110;EVZ151110;EWA151110;EWB151110;EWC151110;E
WD151110;EWE151110;EWF151110;EWG151110;EWH151110;EWI151110;
EWJ151110;EWK151110;EWL151110;EWM151110;EWN151110;EWO15111
0;EWP151110;EWQ151110;EWR151110;EWS151110;EWT151110;EWU151
110;EWV151110;EWW151110;EWX151110;EWY151110;EWZ151110;EXA1
51110;EXB151110;EXC151110;EXD151110;EXE151110;EXF151110;EXG15
1110;EXH151110;EXI151110;EXJ151110;EXK151110;EXL151110;EXM151
110

EXN151110;EXO151110;EXP151110;EXQ151110;EXR151110;EXS151110;E
XT151110;EXU151110;EXV151110;EXW151110;EXX151110;EXY151110;E
XZ151110;EYA151110;EYB151110;EYC151110;EYD151110;EYE151110;E
YF151110;EYG151110;EYH151110;EYI151110;EYJ151110;EYK151110;EY
L151110;EYM151110;EYN151110;EYO151110;EYP151110;EYQ151110;EY
R151110;EYS151110;EYT151110;EYU151110;EYV151110;EYW151110;EY
X151110;EYY151110;EYZ151110;EZA151110;EZB151110;EZC151110;EZD
151110;EZE151110;EZF151110;EZG151110;EZH151110;EZI151110;EZJ151
110;EZK151110;EZL151110;EZM151110;EZN151110;EZO151110;EZP15111
0;EZQ151110;EZR151110;EZS151110;EZT151110;EZU151110;EZV151110;
EZW151110;EZX151110;EZY151110;EZZ151110;FAA151110;FAB151110;F
AC151110;FAD151110;FAE151110;FAF151110;FAG151110;FAH151110;FA
I151110;FAJ151110;FAK151110;FAL151110;FAM151110;FAN151110;FAO1
51110;FAP151110;FAQ151110;FAR151110;FAS151110;FAT151110;FAU151
110;FAV151110;FAW151110;FAX151110;FAY151110;FAZ151111;FBA1511
11;FBB151111;FBC151111;FBD151111;FBE151111;FBF151111;FBG151111;
FBH151111;FBI151111;FBJ151111;FBK151111;FBL151111;FBM151111;FB
N151111;FBO151111;FBP151111;FBQ151111;FBR151111;FBS151111;FBT1
51111;FBU151111;FBV151111;FBW151111;FBX151111;FBY151111;FBZ15
1111;FCA151111;FCB151111;FCC151111;FCD151111;FCE151111;FCF1511
11;FCG151111;FCH151111;FCI151111;FCJ151111;FCK151111;FCL151111;
FCM151111;FCN151111;FCO151111;FCP151111;FCQ151111;FCR151111;F
CS151111;FCT151111;FCU151111;FCV151111;FCW151111;FCX151111;FC
Y151111;FCZ151111;FDA151111;FDB151111;FDC151111;FDD151111;FDE
151111;FDF151111;FDG151111;FDH151111;FDI151111;FDJ151111;FDK151
111;FDL151111;FDM151111;FDN151111;FDO151111;FDP151111;FDQ1511
11;FDR151111;FDS151111;FDT151111;FDU151111;FDV151111;FDW15111
1;FDX151111;FDY151111;FDZ151111;FEA151111;FEB151111;FEC151111;
FED151111;FEE151111;FEF151111;FEG151111;FEH151111;FEI151111;FEJ
151111;FEK151111;FEL151111;FEM151111;FEN151111;FEO151111;FEP15
1111;FEQ151111;FER151111;FES151111;FET151111;FEU151111;FEV15111
1;FEW151111;FEX151111;FEY151111;FEZ151111

FFA151111;FFB151111;FFC151111;FFD151111;FFE151111;FFF151111;FFG
151111;FFH151111;FFI151111;FFJ151111;FFK151111;FFL151111;FFM1511
11;FFN151111;FFO151111;FFP151111;FFQ151111;FFR151111;FFS151111;F
FT151111;FFU151111;FFV151111;FFW151111;FFX151111;FFY151111;FFZ
151111;FGA151111;FGB151111;FGC151111;FGD151111;FGE151111;FGF15
1111;FGG151111;FGH151111;FGI151111;FGJ151111;FGK151111;FGL1511
11;FGM151111;FGN151111;FGO151111;FGP151111;FGQ151111;FGR15111
1;FGS151111;FGT151111;FGU151111;FGV151111;FGW151111;FGX151111
;FGY151111;FGZ151111;FHA151111;FHB151111;FHC151111;FHD151111;F
HE151111;FHF151111;FHG151111;FHH151111;FHI151111;FHJ151111;FHK

151111;FHL151111;FHM151111;FHN151111;FHO151111;FHP151111;FHQ1
51111;FHR151111;FHS151111;FHT151111;FHU151111;FHV151111;FHW15
1111;FHX151111;FHY151111;FHZ151111;FIA151111;FIB151111;FIC151111
;FID151111;FIE151111;FIF151111;FIG151111;FIH151111;FII151111;FIJ1511
11;FIK151111;FIL151111;FIM151111;FIN151111;FIO151111;FIP151111;FIQ
151111;FIR151111;FIS151111;FIT151111;FIU151111;FIV151111;FIW151111
;FIX151111;FIY151111;FIZ151111;FJA151111;FJB151111;FJC151111;FJD15
1111;FJE151111;FJF151111;FJG151111;FJH151111;FJI151111;FJJ151111;FJ
K151111;FJL151111;FJM151111;FJN151111;FJO151111;FJP151111;FJQ1511
11;FJR151111;FJS151111;FJT151111;FJU151111;FJV151111;FJW151111;FJ
X151111;FJY151111;FJZ151111;FKA151111;FKB151111;FKC151111;FKD1
51111;FKE151111;FKF151111;FKG151111;FKH151111;FKI151111;FKJ1511
11;FKK151111;FKL151111;FKM151111;FKN151111;FKO151111;FKP15111
1;FKQ151111;FKR151111;FKS151111;FKT151111;FKU151111;FKV151111;
FKW151111;FKX151111;FKY151111;FKZ151111;FLA151111;FLB151111;F
LC151111;FLD151111;FLE151111;FLF151111;FLG151111;FLH151111;FLI1
51111;FLJ151111;FLK151111;FLL151111;FLM151111;FLN151111;FLO151
11;FLP151111;FLQ151111;FLR151111;FLS151111;FLT151111;FLU151111;
FLV151111;FLW151111;FLX151111;FLY151111;FLZ151111;FMA151111;F
MB151111;FMC151111;FMD151111;FME151111;FMF151111;FMG151111;F
MH151111;FMI151111;FMJ151111;FMK151111;FML151111;FMM151111

FMN151111;FMO151111;FMP151111;FMQ151111;FMR151111;FMS151111;
FMT151111;FMU151111;FMV151111;FMW151111;FMX151111;FMY15111
1;FMZ151111;FNA151111;FNB151111;FNC151111;FND151111;FNE151111;
FNF151111;FNG151111;FNH151111;FNI151111;FNJ151111;FNK151111;FN
L151111;FNM151111;FNN151111;FNO151111;FNP151111;FNQ151111;FNR
151111;FNS151111;FNT151111;FNU151111;FNV151111;FNW151111;FNX1
51111;FNY151111;FNZ151111;FOA151111;FOB151111;FOC151111;FOD15
1111;FOE151111;FOF151111;FOG151111;FOH151111;FOI151111;FOJ15111
1;FOK151111;FOL151111;FOM151111;FON151111;FOO151111;FOP151111
;FOQ151111;FOR151111;FOS151111;FOT151111;FOU151111;FOV151111;F
OW151111;FOX151112;FOY151112;FOZ151112;FPA151119;FPB151119;FP
C151119;FPD151119;FPE151119;FPF151119;FPG151119;FPH151119;FPI151
119;FPJ151119;FPK151119;FPL151119;FPM151119;FPN151119;FPO151119;
FPP151119;FPQ151119;FPR151119;FPS151119;FPT151119;FPU151119;FPV
151119;FPW151119;FPX151119;FPY151119;FPZ151119;FQA151119;FQB15
1119;FQC151119;FQD151119;FQE151119;FQF151119;FQG151119;FQH151
119;FQI151119;FQJ151119;FQK151119;FQL151119;FQM151119;FQN15111
9;FQO151119;FQP151119;FQQ151119;FQR151119;FQS151119;FQT151119;
FQU151119;FQV151119;FQW151119;FQX151119;FQY151119;FQZ151119;
FRA151119;FRB151119;FRC151119;FRD151119;FRE151119;FRF151119;FR
G151119;FRH151119;FRI151119;FRJ151119;FRK151119;FRL151119;FRM1
51119;FRN151119;FRO151119;FRP151119;FRQ151119;FRR151119;FRS151
119;FRT151119;FRU151119;FRV151119;FRW151119;FRX151119;FRY1511
19;FRZ151119;FSA151119;FSB151119;FSC151119;FSD151119;FSE151119;F
SF151119;FSG151119;FSH151119;FSI151119;FSJ151119;FSK151119;FSL15
1119;FSM151119;FSN151119;FSO151119;FSP151119;FSQ151119;FSR15111
9;FSS151119;FST151119;FSU151119;FSV151119;FSW151119;FSX151119;F
SY151119;FSZ151119;FTA151119;FTB151119;FTC151119;FTD151119;FTE
151119;FTF151119;FTG151119;FTH151119;FTI151119;FTJ151119;FTK1511
19;FTL151119;FTM151119;FTN151119;FTO151119;FTP151119;FTQ151119;
FTR151119;FTS151119;FTT151119;FTU151119;FTV151119;FTW151119;FT
X151119;FTY151119;FTZ151119

FUA151119;FUB151119;FUC151119;FUD151119;FUE151119;FUF151119;F
UG151119;FUH151119;FUI151119;FUJ151119;FUK151119;FUL151119;FU
M151119;FUN151119;FUO151119;FUP151119;FUQ151119;FUR151119;FUS



151119;FUT151119;FUU151119;FUV151119;FUW151119;FUX151119;FUY1
51119;FUZ151119;FVA151119;FVB151119;FVC151119;FVD151119;FVE15
1119;FVF151119;FVG151119;FVH151119;FVI151119;FVJ151119;FVK15111
9;FVL151119;FVM151119;FVN151119;FVO151119;FVP151119;FVQ151119
;FVR151119;FVS151119;FVT151119;FVU151119;FVV151119;FVW151119;
FVX151119;FVY151119;FVZ151119;FWA151119;FWB151119;FWC151119;
FWD151119;FWE151119;FWF151119;FWG151119;FWH151119;FWI151119
;FWJ151119;FWK151119;FWL151119;FWM151119;FWN151119;FWO15111
9;FWP151119;FWQ151119;FWR151119;FWS151119;FWT151119;FWU1511
19;FWV151119;FWW151119;FWX151119;FWY151119;FWZ151119;FXA151
1119;FXB151119;FXC151119;FXD151119;FXE151119;FXF151119;FXG1511
19;FXH151119;FXI151119;FXJ151119;FXK151119;FXL151119;FXM151119;
FXN151119;FXO151119;FXP151119;FXQ151119;FXR151119;FXS151119;F
XT151119;FXU151119;FXV151119;FXW151119;FXX151119;FXY151119;F
XZ151119;FYA151119;FYB151119;FYC151119;FYD151119;FYE151119;FY
F151119;FYG151119;FYH151119;FYI151119;FYJ151119;FYK151119;FYL1
51119;FYM151119;FYN151119;FYO151119;FYP151119;FYQ151119;FYR15
1119;FYS151119;FYT151119;FYU151119;FYV151119;FYW151119;FYX151
119;FYY151119;FYZ151119;FZA151119;FZB151119;FZC151119;FZD15111
9;FZE151119;FZF151119;FZG151119;FZH151119;FZI151119;FZJ151119;FZ
K151119;FZL151119;FZM151119;FZN151119;FZO151119;FZP151119;FZQ1
51119;FZR151119;FZS151119;FZT151119;FZU151119;FZV151119;FZW151
119;FZX151119;FZY151119;FZZ151119;GAA151119;GAB151119;GAC1511
19;GAD151119;GAE151119;GAF151119;GAG151119;GAH151119;GAI1511
19;GAJ151120;GAK151120;GAL151120;GAM151120;GAN151120;GAO151
120;GAP151120;GAQ151120;GAR151120;GAS151120;GAT151120;GAU151
120;GAV151120;GAW151120;GAX151120;GAY151120;GAZ151120;GBA15
1120;GBB151120;GBC151120;GBD151120;GBE151120;GBF151120;GBG15
1120;GBH151120;GBI151120;GBJ151120;GBK151120;GBL151120;GBM151
120

GBN151120;GBO151120;GBP151120;GBQ151120;GBR151120;GBS151120;
GBT151120;GBU151120;GBV151120;GBW151120;GBX151120;GBY151120
;GBZ151120;GCA151120;GCB151120;GCC151120;GCD151120;GCE151120;
GCF151120;GCG151120;GCH151120;GCI151120;GCJ151120;GCK151120;G
CL151120;GCM151120;GCN151120;GCO151120;GCP151120;GCQ151120;G
CR151120;GCS151120;GCT151120;GCU151120;GCV151120;GCW151120;G
CX151120;GCY151120;GCZ151120;GDA151120;GDB151120;GDC151120;G
DD151120;GDE151120;GDF151120;GDG151120;GDH151120;GDI151120;G
DJ151120;GDK151120;GDL151120;GDM151120;GDN151120;GDO151120;
GDP151120;GDQ151120;GDR151120;GDS151120;GDT151120;GDU151120;
GDV151120;GDW151120;GDX151120;GDY151120;GDZ151120;GEA15112
0;GEB151120;GEC151120;GED151120;GEE151120;GEF151120;GEG151120
;GEH151120;GEI151120;GEJ151120;GEK151120;GEL151120;GEM151120;
GEN151120;GEO151120;GEP151120;GEQ151120;GER151120;GES151120;
GET151120;GEU151120;GEV151120;GEW151120;GEX151120;GEY151120;
GEZ151120;GFA151120;GFB151120;GFC151120;GFD151120;GFE151120;G
FF151120;GFG151120;GFH151120;GFI151120;GFJ151120;GFK151120;GFL
151120;GFM151120;GFN151120;GFO151120;GFP151120;GFQ151120;GFR1
51120;GFS151120;GFT151120;GFU151120;GFV151120;GFW151120;GFX15
1120;GFY151120;GFZ151120;GGA151120;GGB151120;GGC151120;GGD15
1120;GGE151120;GGF151120;GGG151120;GGH151120;GGI151120;GGJ151
120;GGK151120;GGL151120;GGM151120;GGN151120;GGO151120;GGP15
1120;GGQ151120;GGR151120;GGS151120;GGT151120;GGU151120;GGV1
51120;GGW151120;GGX151120;GGY151120;GGZ151120;GHA151120;GHB
151120;GHC151120;GHD151120;GHE151120;GHF151120;GHG151120;GH
H151120;GHI151120;GHJ151120;GHK151120;GHL151120;GHM151120;GH
N151120;GHO151120;GHP151120;GHQ151120;GHR151120;GHS151120;GH

T151120;GHU151120;GHV151120;GHW151120;GHX151120;GHY151120;G
HZ151120;GIA151120;GIB151120;GIC151120;GID151120;GIE151120;GIF15
1120;GIG151120;GIH151120;GII151120;GIJ151120;GIK151120;GIL151120;
GIM151120;GIN151120;GIO151120;GIP151120;GIQ151120;GIR151120;GIS
151120;GIT151120;GIU151120;GIV151120;GIW151120;GIX151120;GIY151
120;GIZ151120

GJA151120;GJB151120;GJC151120;GJD151120;GJE151120;GJF151120;GJG
151120;GJH151120;GJI151120;GJJ151120;GJK151120;GJL151120;GJM1511
20;GJN151120;GJO151120;GJP151120;GJQ151120;GJR151120;GJS151120;G
JT151120;GJU151120;GJV151120;GJW151120;GJX151120;GJY151120;GJZ1
51120;GKA151120;GKB151120;GKC151120;GKD151120;GKE151120;GKF1
51120;GKG151120;GKH151120;GKI151120;GKJ151120;GKK151120;GKL1
51120;GKM151120;GKN151120;GKO151120;GKP151120;GKQ151120;GKR
151120;GKS151120;GKT151120;GKU151120;GKV151120;GKW151120;GK
X151120;GKY151120;GKZ151120;GLA151120;GLB151120;GLC151120;GL
D151120;GLE151120;GLF151120;GLG151120;GLH151120;GLI151120;GLJ1
51120;GLK151120;GLL151120;GLM151120;GLN151120;GLO151120;GLP1
51120;GLQ151120;GLR151120;GLS151120;GLT151120;GLU151120;GLV15
1120;GLW151120;GLX151120;GLY151120;GLZ151120;GMA151120;GMB1
51120;GMC151120;GMD151120;GME151120;GMF151120;GMG151120;GM
H151120;GMI151120;GMJ151120;GMK151120;GML151120;GMM151120;G
MN151120;GMO151120;GMP151120;GMQ151120;GMR151120;GMS151120
;GMT151120;GMU151120;GMV151120;GMW151120;GMX151120;GMY151
120;GMZ151120;GNA151120;GNB151120;GNC151120;GND151120;GNE15
1120;GNF151120;GNG151120;GNH151120;GNI151120;GNJ151120;GNK151
120;GNL151120;GNM151120;GNN151120;GNO151120;GNP151120;GNQ15
1120;GNR151120;GNS151120;GNT151120;GNU151120;GNV151120;GNW1
51120;GNX151120;GNY151120;GNZ151120;GOA151120;GOB151120;GOC
151120;GOD151120;GOE151120;GOF151120;GOG151120;GOH151120;GOI
151120;GOJ151120;GOK151120;GOL151120;GOM151120;GON151120;GO
O151120;GOP151120;GOQ151120;GOR151120;GOS151120;GOT151120;GO
U151120;GOV151120;GOW151120;GOX151120;GOY151120;GOZ151120;G
PA151120;GPB151120;GPC151120;GPD151120;GPE151120;GPF151120;GP
G151120;GPH151120;GPI151120;GPJ151120;GPK151120;GPL151120;GPM1
51120;GPN151120;GPO151120;GPP151120;GPQ151120;GPR151120;GPS151
120;GPT151120;GPU151120;GPV151120;GPW151120;GPX151120;GPY1511
20;GPZ151120;GQA151120;GQB151120;GQC151120;GQD151120;GQE1511
20;GQF151120;GQG151120;GQH151120;GQI151120;GQJ151120;GQK15112
0;GQL151120;GQM151120

GQN151120;GQO151120;GQP151120;GQQ151120;GQR151120;GQS151120;
GQT151120;GQU151120;GQV151120;GQW151120;GQX151120;GQY15112
0;GQZ151120;GRA151120;GRB151120;GRC151120;GRD151120;GRE15112
0;GRF151120;GRG151120;GRH151120;GRI151120;GRJ151120;GRK151120;
GRL151120;GRM151120;GRN151120;GRO151120;GRP151120;GRQ151120;
GRR151120;GRS151120;GRT151120;GRU151120;GRV151120;GRW151120;
GRX151120;GRY151120;GRZ151120;GSA151120;GSB151120;GSC151120;
GSD151120;GSE151120;GSF151120;GSG151120;GSH151120;GSI151120;GS
J151120;GSK151120;GSL151120;GSM151120;GSN151120;GSO151120;GSP
151120;GSQ151120;GSR151120;GSS151120;GST151120;GSU151120;GSV1
51120;GSW151120;GSX151120;GSY151120;GSZ151120;GTA151120;GTB1
51120;GTC151120;GTD151120;GTE151120;GTF151120;GTG151120;GTH15
1120;GTI151120;GTJ151120;GTK151120;GTL151120;GTM151120;GTN151
120;GTO151120;GTP151120;GTQ151120;GTR151120;GTS151120;GTT1511
20;GTU151120;GTV151120;GTW151120;GTX151120;GTY151120;GTZ1511
20;GUA151120;GUB151120;GUC151120;GUD151120;GUE151120;GUF1511
20;GUG151120;GUH151120;GUI151120;GUJ151120;GUK151120;GUL1511

*0000VA00020048781708*

20;GUM151120;GUN151120;GUO151120;GUP151120;GUQ151120;GUR151
120;GUS151120;GUT151120;GUU151120;GUV151120;GUW151120;GUX15
1120;GUY151120;GUZ151120;GVA151120;GVB151120;GVC151120;GVD1
51120;GVE151120;GVF151120;GVG151120;GVH151120;GVI151120;GVJ15
1120;GVK151120;GVL151120;GVM151120;GVN151120;GVO151120;GVP1
51120;GVQ151120;GVR151120;GVS151120;GVT151120;GVU151120;GVV
151120;GVW151120;GVX151120;GVY151120;GVZ151120;GWA151120;G
WB151120;GWC151120;GWD151120;GWE151120;GWF151120;GWG15112
0;GWH151120;GWI151120;GWJ151120;GWK151120;GWL151120;GWM15
1120;GWN151120;GWO151120;GWP151120;GWQ151120;GWR151120;GW
S151120;GWT151120;GWU151120;GWV151120;GWW151120;GWX151120;
GWY151120;GWZ151120;GXA151120;GXB151120;GXC151120;GXD15112
0;GXE151120;GXF151120;GXG151120;GXH151120;GXI151120;GXJ151120
;GXK151120;GXL151120;GXM151120;GXN151120;GXO151120;GXP15112
0;GXQ151120;GXR151120;GXS151120;GXT151120;GXU151120;GXV1511
20;GXW151120;GXX151120;GXY151120;GXZ151120

GYA151120;GYB151120;GYC151120;GYD151120;GYE151120;GYF151120;
GYG151120;GYH151120;GYI151120;GYJ151120;GYK151120;GYL151120;
GYM151120;GYN151120;GYO151120;GYP151120;GYQ151120;GYR15112
0;GYS151120;GYT151120;GYU151120;GYV151120;GYW151120;GYX1511
20;GYY151120;GYZ151120;GZA151120;GZB151120;GZC151120;GZD1511
20;GZE151120;GZF151120;GZG151120;GZH151120;GZI151120;GZJ151120;
GZK151120;GZL151120;GZM151120;GZN151120;GZO151120;GZP151120;
GZQ151120;GZR151120;GZS151120;GZT151120;GZU151120;GZV151120;
GZW151120;GZX151120;GZY151120;GZZ151120;HAA151120;HAB151120;
HAC151120;HAD151120;HAE151120;HAF151120;HAG151120;HAH151120
;HAI151120;HAJ151120;HAK151120;HAL151120;HAM151120;HAN151120;
HAO151120;HAP151120;HAQ151120;HAR151120;HAS151120;HAT151120;
HAU151120;HAV151120;HAW151120;HAX151120;HAY151120;HAZ15112
0;HBA151120;HBB151120;HBC151120;HBD151120;HBE151120;HBF15112
0;HBG151120;HBH151120;HBI151120;HBJ151120;HBK151120;HBL151120;
HBM151120;HBN151120;HBO151120;HBP151120;HBQ151120;HBR151120;
HBS151120;HBT151120;HBU151120;HBV151120;HBW151120;HBX151120;
HBY151120;HBZ151120;HCA151120;HCB151120;HCC151120;HCD151120;
HCE151120;HCF151120;HCG151120;HCH151120;HCI151120;HCJ151120;H
CK151120;HCL151120;HCM151120;HCN151120;HCO151120;HCP151120;H
CQ151120;HCR151120;HCS151120;HCT151120;HCU151120;HCV151120;H
CW151120;HCX151120;HCY151120;HCZ151120;HDA151120;HDB151120;
HDC151120;HDD151120;HDE151120;HDF151120;HDG151120;HDH151120
;HDI151120;HDJ151120;HDK151120;HDL151120;HDM151120;HDN151120;
HDO151120;HDP151120;HDQ151120;HDR151120;HDS151120;HDT151120;
HDU151120;HDV151120;HDW151120;HDX151120;HDY151120;HDZ15112
0;HEA151120;HEB151120;HEC151120;HED151120;HEE151120;HEF151120
;HEG151120;HEH151120;HEI151120;HEJ151120;HEK151120;HEL151120;H
EM151120;HEN151120;HEO151120;HEP151120;HEQ151120;HER151120;H
ES151120;HET151120;HEU151120;HEV151120;HEW151120;HEX151120;H
EY151120;HEZ151120;HFA151120;HFB151120;HFC151120;HFD151120;HF
E151120;HFF151120;HFG151120;HFH151120;HFI151120;HFJ151120;HFK1
51120;HFL151120;HFM151120

HFN151120;HFO151120;HFP151121;HFQ151121;HFR151121;HFS151121;H
FT151121;HFU151121;HFV151121;HFW151121;HFX151121;HFY151121;H
FZ151121;HGA151121;HGB151121;HGC151121;HGD151121;HGE151121;H
GF151121;HGG151121;HGH151121;HGI151121;HGJ151121;HGK151121;H
GL151121;HGM151121;HGN151121;HGO151121;HGP151121;HGQ151121;
HGR151121;HGS151121;HGT151121;HGU151121;HGV151121;HGW151121
;HGX151121;HGY151121;HGZ151121;HHA151121;HHB151121;HHC15112

1;HHD151121;HHE151121;HHF151121;HHG151121;HHH151121;HHI15112
1;HHJ151121;HHK151121;HHL151121;HHM151121;HHN151121;HHO1511
21;HHP151121;HHQ151121;HHR151121;HHS151121;HHT151121;HHU1511
21;HHW151121;HHX151121;HHY151121;HHY151121;HHZ151121;HIA151
121;HIB151121;HIC151121;HID151121;HIE151121;HIF151121;HIG151121;
HIH151121;HII151121;HIJ151121;HIK151121;HIL151121;HIM151121;HIN1
51121;HIO151121;HIP151121;HIQ151121;HIR151121;HIS151121;HIT15112
1;HIU151121;HIV151121;HIW151121;HIX151121;HIY151121;HIZ151121;H
JA151121;HJB151121;HJC151121;HJD151121;HJE151121;HJF151121;HJG1
51121;HJH151121;HJI151121;HJJ151121;HJK151121;HJL151121;HJM15112
1;HJN151121;HJO151121;HJP151121;HJQ151121;HJR151121;HJS151121;HJ
T151121;HJU151121;HJV151121;HJW151121;HJX151121;HJY151121;HJZ1
51121;HKA151121;HKB151121;HKC151121;HKD151121;HKE151121;HKF1
51121;HKG151121;HKH151121;HKI151121;HKJ151121;HKK151121;HKL1
51121;HKM151121;HKN151121;HKO151121;HKP151121;HKQ151121;HKR
151121;HKS151121;HKT151121;HKU151121;HKV151121;HKW151121;HK
X151121;HKY151121;HKZ151121;HLA151121;HLB151121;HLC151121;HL
D151121;HLE151121;HLF151121;HLG151121;HLH151121;HLI151121;HLJ1
51121;HLK151121;HLL151121;HLM151121;HLN151121;HLO151121;HLP1
51121;HLQ151121;HLR151121;HLS151121;HLT151121;HLU151121;HLV15
1121;HLW151121;HLX151121;HLY151121;HLZ151121;HMA151121;HMB1
51121;HMC151121;HMD151121;HME151121;HMF151121;HMG151121;HM
H151121;HMI151121;HMJ151121;HMK151121;HML151121;HMM151121;H
MN151121;HMO151121;HMP151121;HMQ151121;HMR151121;HMS151121
;HMT151121;HMU151121;HMV151121;HMW151121;HMX151121;HMY151
121;HMZ151121


HNA151121;HNB151121;HNC151121;HND151121;HNE151121;HNF151121;
HNG151121;HNH151121;HNI151121;HNJ151121;HNK151121;HNL151121;
HNM151121;HNN151121;HNO151121;HNP151121;HNQ151121;HNR15112
1;HNS151121;HNT151121;HNU151121;HNV151121;HNW151121;HNX1511
21;HNY151121;HNZ151121;HOA151121;HOB151121;HOC151121;HOD151
121;HOE151121;HOF151121;HOG151121;HOH151121;HOI151121;HOJ1511
21;HOK151121;HOL151121;HOM151121;HON151121;HOO151121;HOP151
121;HOQ151121;HOR151121;HOS151121;HOT151121;HOU151121;HOV15
1121;HOW151121;HOX151121;HOY151121;HOZ151121;HPA151121;HPB1
51121;HPC151121;HPD151121;HPE151121;HPF151121;HPG151121;HPH15
1121;HPI151121;HPJ151121;HPK151121;HPL151121;HPM151121;HPN1511
21;HPO151121;HPP151121;HPQ151121;HPR151121;HPS151121;HPT151121
;HPU151121;HPV151121;HPW151121;HPX151121;HPY151121;HPZ151121;
HQA151121;HQB151121;HQC151121;HQD151121;HQE151121;HQF151121;
HQG151121;HQH151121;HQI151121;HQJ151121;HQK151121;HQL151121;
HQM151121;HQN151121;HQO151121;HQP151121;HQQ151121;HQR15112
1;HQS151121;HQT151121;HQU151121;HQV151121;HQW151121;HQX1511
21;HQY151121;HQZ151121;HRA151121;HRB151121;HRC151121;HRD1511
21;HRE151121;HRF151121;HRG151121;HRH151121;HRI151121;HRJ15112
1;HRK151121;HRL151121;HRM151121;HRN151121;HRO151121;HRP15112
1;HRQ151121;HRR151121;HRS151121;HRT151121;HRU151121;HRV15112
1;HRW151121;HRX151121;HRY151121;HRZ151121;HSA151121;HSB15112
1;HSC151121;HSD151121;HSE151121;HSF151121;HSG151121;HSH151121;
HSI151121;HSJ151121;HSK151121;HSL151121;HSM151121;HSN151121;HS
O151121;HSP151121;HSQ151121;HSR151121;HSS151121;HST151121;HSU
151121;HSV151121;HSW151121;HSX151121;HSY151121;HSZ151121;HTA
151121;HTB151121;HTC151121;HTD151121;HTE151121;HTF151121;HTG1
51121;HTH151121;HTI151121;HTJ151121;HTK151121;HTL151121;HTM15
1121;HTN151121;HTO151121;HTP151121;HTQ151121;HTR151121;HTS151
121;HTT151121;HTU151121;HTV151121;HTW151121;HTX151121;HTY151
121;HTZ151121;HUA151121;HUB151121;HUC151121;HUD151121;HUE151

*0000VA000200487817O9*

121;HUF151121;HUG151121;HUH151121;HUI151121;HUJ151121;HUK1511
21;HUL151121;HUM151121

HUN151121;HUO151121;HUP151121;HUQ151121;HUR151121;HUS151121;
HUT151121;HUU151121;HUV151121;HUW151121;HUX151121;HUY15112
1;HUZ151121;HVA151121;HVB151121;HVC151121;HVD151121;HVE1511
21;HVF151121;HVG151121;HVH151121;HVI151121;HVJ151121;HVK15112
1;HVL151121;HVM151121;HVN151121;HVO151121;HVP151121;HVQ1511
21;HVR151121;HVS151121;HVT151121;HVU151121;HVV151121;HVW151
121;HVX151121;HVY151121;HVZ151121;HWA151121;HWB151121;HWC1
51121;HWD151121;HWE151121;HWF151121;HWG151121;HWH151121;H
WI151121;HWJ151121;HWK151121;HWL151121;HWM151121;HWN15112
1;HWO151121;HWP151121;HWQ151121;HWR151121;HWS151121;HWT15
1121;HWU151121;HWV151121;HWW151121;HWX151121;HWY151121;H
WZ151121;HXA151121;HXB151121;HXC151121;HXD151121;HXE151121;
HXF151121;HXG151121;HXH151121;HXI151121;HXJ151121;HXK151121;
HXL151121;HXM151121;HXN151121;HXO151121;HXP151121;HXQ151121
;HXR151121;HXS151121;HXT151121;HXU151121;HXV151121;HXW15112
1;HXX151121;HXY151121;HXZ151121;HYA151121;HYB151121;HYC1511
21;HYD151122;HYE151122;HYF151122;HYG151122;HYH151122;HYI1511
22;HYJ151122;HYK151122;HYL151122;HYM151122;HYN151122;HYO151
122;HYP151122;HYQ151122;HYR151122;HYS151122;HYT151122;HYU151
122;HYV151122;HYW151122;HYX151122;HYY151122;HYZ151122;HZA15
1122;HZB151122;HZC151122;HZD151122;HZE151122;HZF151122;HZG151
122;HZH151122;HZI151122;HZJ151122;HZK151122;HZL151122;HZM1511
22;HZN151122;HZO151122;HZP151122;HZQ151122;HZR151122;HZS15112
2;HZT151122;HZU151122;HZV151122;HZW151122;HZX151122;HZY15112
2;HZZ151122;IAA151122;IAB151122;IAC151122;IAD151122;IAE151122;IA
F151122;IAG151122;IAH151122;IAI151122;IAJ151122;IAK151122;IAL1511
22;IAM151122;IAN151122;IAO151122;IAP151122;IAQ151122;IAR151122;I
AS151122;IAT151122;IAU151122;IAV151122;IAW151122;IAX151122;IAY1
51122;IAZ151122;IBA151122;IBB151122;IBC151122;IBD151122;IBE151122
;IBF151122;IBG151122;IBH151122;IBI151122;IBJ151122;IBK151122;IBL15
1122;IBM151122;IBN151122;IBO151122;IBP151122;IBQ151122;IBR151122;
IBS151122;IBT151122;IBU151122;IBV151125;IBW151125;IBX151125;IBY1
51125;IBZ151125

ICA151125;ICB151125;ICC151125;ICD151125;ICE151125;ICF151125;ICG1
51125;ICH151125;ICI151125;ICJ151125;ICK151125;ICL151125;ICM151125;
ICN151125;ICO151125;ICP151125;ICQ151125;ICR151125;ICS151125;ICT15
1125;ICU151125;ICV151125;ICW151125;ICX151125;ICY151125;ICZ151125
;IDA151125;IDB151125;IDC151125;IDD151125;IDE151125;IDF151125;IDG
151125;IDH151125;IDI151125;IDJ151125;IDK151125;IDL151125;IDM15112
5;IDN151125;IDO151126;IDP151126;IDQ151126;IDR151126;IDS151126;ID
T151126;IDU151126;IDV151126;IDW151126;IDX151126;IDY151126;IDZ15
1126;IEA151126;IEB151126;IEC151126;IED151126;IEE151126;IEF151126;I
EG151126;IEH151126;IEI151126;IEJ151126;IEK151126;IEL151126;IEM151
126;IEN151126;IEO151126;IEP151126;IEQ151126;IER151126;IES151126;IE
T151126;IEU151126;IEV151126;IEW151126;IEX151126;IEY151126;IEZ151
126;IFA151126;IFB151126;IFC151126;IFD151126;IFE151126;IFF151126;IF
G151126;IFH151126;IFI151126;IFJ151126;IFK151126;IFL151126;IFM15112
6;IFN151126;IFO151126;IFP151126;IFQ151126;IFR151126;IFS151126;IFT15
1126;IFU151126;IFV151126;IFW151126;IFX151126;IFY151126;IFZ151126;I
GA151126;IGB151126;IGC151126;IGD151126;IGE151126;IGF151126;IGG1
51126;IGH151126;IGI151126;IGJ151126;IGK151126;IGL151126;IGM151126
;IGN151126;IGO151126;IGP151126;IGQ151126;IGR151126;IGS151126;IGT
151126;IGU151126;IGV151126;IGW151126;IGX151126;IGY151126;IGZ151
126;IHA151126;IHB151126;IHC151126;IHD151126;IHE151126;IHF151126;I

HG151126;IHH151126;IHI151126;IHJ151126;IHK151126;IHL151126;IHM15
1126;IHN151126;IHO151126;IHP151126;IHQ151126;IHR151126;IHS151126;
IHT151126;IHU151126;IHV151126;IHW151126;IHX151126;IHY151126;IHZ
151126;IIA151126;IIB151126;IIC151126;IID151126;IIE151126;IIF151126;IIG
151126;IIH151126;III151126;IIJ151126;IIK151126;IIL151126;IIM151126;IIN
151126;IIO151126;IIP151126;IIQ151126;IIR151126;IIS151126;IIT151126;IIU
151126;IIV151126;IIW151126;IIX151126;IIY151126;IIZ151126;IJA151126;IJ
B151126;IJC151126;IJD151126;IJE151126;IJF151126;IJG151126;IJH151126;I
JI151126;IJJ151126;IJK151126;IJL151126;IJM151126

IJN151126;IJO151126;IJP151126;IJQ151126;IJR151126;IJS151126;IJT151126
;IJU151126;IJV151126;IJW151126;IJX151126;IJY151126;IJZ151126;IKA151
126;IKB151126;IKC151126;IKD151126;IKE151126;IKF151126;IKG151126;I
KH151126;IKI151126;IKJ151126;IKK151126;IKL151126;IKM151126;IKN15
1126;IKO151126;IKP151126;IKQ151126;IKR151126;IKS151126;IKT151126;
IKU151126;IKV151126;IKW151126;IKX151126;IKY151126;IKZ151126;ILA
151126;ILB151126;ILC151126;ILD151126;ILE151126;ILF151126;ILG151126
;ILH151126;ILI151126;ILJ151126;ILK151126;ILL151126;ILM151126;ILN15
1126;ILO151126;ILP151126;ILQ151126;ILR151126;ILS151126;ILT151126;I
LU151126;ILV151126;ILW151126;ILX151126;ILY151126;ILZ151126;IMA1
51126;IMB151126;IMC151126;IMD151126;IME151126;IMF151126;IMG151
126;IMH151126;IMI151126;IMJ151126;IMK151126;IML151126;IMM151126
;IMN151126;IMO151126;IMP151126;IMQ151126;IMR151126;IMS151126;I
MT151126;IMU151126;IMV151126;IMW151126;IMX151126;IMY151126;I
MZ151126;INA151126;INB151126;INC151126;IND151126;INE151126;INF1
51126;ING151126;INH151126;INI151126;INJ151126;INK151126;INL151126;
INM151126;INN151126;INO151126;INP151126;INQ151126;INR151126;INS
151126;INT151126;INU151126;INV151126;INW151126;INX151126;INY151
126;INZ151126;IOA151126;IOB151126;IOC151126;IOD151126;IOE151126;I
OF151126;IOG151126;IOH151126;IOI151126;IOJ151126;IOK151126;IOL151
126;IOM151126;ION151126;IOO151126;IOP151126;IOQ151126;IOR151126;
IOS151126;IOT151126;IOU151126;IOV151126;IOW151126;IOX151126;IOY
151126;IOZ151126;IPA151126;IPB151126;IPC151126;IPD151126;IPE151126
;IPF151126;IPG151126;IPH151126;IPI151126;IPJ151126;IPK151126;IPL1511
26;IPM151126;IPN151126;IPO151126;IPP151126;IPQ151126;IPR151126;IPS
151126;IPT151126;IPU151126;IPV151126;IPW151126;IPX151126;IPY15112
6;IPZ151126;IQA151126;IQB151127;IQC151127;IQD151127;IQE151127;IQF
151127;IQG151127;IQH151127;IQI151127;IQJ151127;IQK151127;IQL15112
7;IQM151127;IQN151127;IQO151127;IQP151127;IQQ151127;IQR151127;IQ
S151127;IQT151127;IQU151127;IQV151127;IQW151127;IQX151127;IQY15
1127;IQZ151127

IRA151127;IRB151127;IRC151127;IRD151127;IRE151127;IRF151127;IRG1
51127;IRH151127;IRI151127;IRJ151127;IRK151127;IRL151127;IRM151127;
IRN151127;IRO151127;IRP151127;IRQ151127;IRR151127;IRS151127;IRT15
1127;IRU151127;IRV151127;IRW151127;IRX151127;IRY151127;IRZ151128
;ISA151128;ISB151128;ISC151128;ISD151128;ISE151128;ISF151128;ISG15
1128;ISH151128;ISI151128;ISJ151128;ISK151128;ISL151128;ISM151128;IS
N151128;ISO151128;ISP151128;ISQ151128;ISR151128;ISS151128;IST15112
8;ISU151128;ISV151128;ISW151128;ISX151128;ISY151128;ISZ151129;ITA
151129;ITB151129;ITC151129;ITD151129;ITE151129;ITF151129;ITG151129
;ITH151129;ITI151129;ITJ151129;ITK151129;ITL151129;ITM151129;ITN15
1129;ITO151129;ITP151129;ITQ151129;ITR151129;ITS151129;ITT151129;I
TU151129;ITV151129;ITW151129;ITX151129;ITY151129;ITZ151129;IUA15
1129;IUB151129;IUC151129;IUD151129;IUE151129;IUF151129;IUG151129;
IUH151129;IUI151129;IUJ151129;IUK151129;IUL151129;IUM151129;IUN1
51129;IUO151129;IUP151129;IUQ151129;IUR151129;IUS151129;IUT15112
9;IUU151129;IUV151129;IUW151129;IUX151129;IUY151129;IUZ151129;IV

*0000VA00020048781710*

A151129;IVB151129;IVC151129;IVD151129;IVE151129;IVF151129;IVG151
129;IVH151129;IVI151129;IVJ151129;IVK151129;IVL151129;IVM151129;I
VN151129;IVO151129;IVP151129;IVQ151129;IVR151129;IVS151129;IVT15
1129;IVU151129;IVV151129;IVW151129;IVX151129;IVY151129;IVZ15112
9;IWA151129;IWB151129;IWC151129;IWD151129;IWE151129;IWF151129;
IWG151129;IWH151129;IWI151129;IWJ151129;IWK151129;IWL151129;IW
M151129;IWN151129;IWO151129;IWP151129;IWQ151129;IWR151129;IWS
151129;IWT151129;IWU151129;IWV151129;IWW151129;IWX151129;IWY1
51129;IWZ151129;IXA151129;IXB151129;IXC151129;IXD151129;IXE15112
9;IXF151129;IXG151129;IXH151129;IXI151129;IXJ151129;IXK151129;IXL
151130;IXM151130;IXN151130;IXO151130;IXP151130;IXQ151130;IXR1511
30;IXS151130;IXT151130;IXU151203;IXV151203;IXW151203;IXX151203;I
XY151203;IXZ151203;IYA151203;IYB151203;IYC151203;IYD151203;IYE1
51203;IYF151203;IYG151203;IYH151203;IYI151203;IYJ151203;IYK151203;
IYL151203;IYM151203

IYN151203;IYO151203;IYP151203;IYQ151203;IYR151203;IYS151203;IYT1
51203;IYU151203;IYV151203;IYW151203;IYX151203;IYY151203;IYZ1512
03;IZA151203;IZB151203;IZC151203;IZD151203;IZE151203;IZF151203;IZG
151203;IZH151203;IZI151203;IZJ151203;IZK151203;IZL151203;IZM151203;
IZN151203;IZO151203;IZP151203;IZQ151203;IZR151203;IZS151203;IZT15
1203;IZU151203;IZV151203;IZW151203;IZX151203;IZY151203;IZZ151203;
JAA151203;JAB151203;JAC151203;JAD151203;JAE151203;JAF151203;JAG
151203;JAH151203;JAI151203;JAJ151203;JAK151203;JAL151203;JAM1512
03;JAN151203;JAO151203;JAP151203;JAQ151203;JAR151203;JAS151203;J
AT151203;JAU151203;JAV151203;JAW151203;JAX151203;JAY151203;JAZ
151203;JBA151203;JBB151203;JBC151203;JBD151203;JBE151203;JBF1512
03;JBG151203;JBH151203;JBI151203;JBJ151203;JBK151203;JBL151203;JB
M151203;JBN151203;JBO151203;JBP151203;JBQ151203;JBR151203;JBS15
1203;JBT151203;JBU151203;JBV151203;JBW151203;JBX151203;JBY15120
3;JBZ151203;JCA151203;JCB151203;JCC151203;JCD151203;JCE151203;JC
F151203;JCG151203;JCH151203;JCI151203;JCJ151203;JCK151203;JCL1512
03;JCM151203;JCN151203;JCO151203;JCP151203;JCQ151203;JCR151203;J
CS151203;JCT151203;JCU151203;JCV151203;JCW151203;JCX151203;JCY1
51203;JCZ151203;JDA151203;JDB151203;JDC151203;JDD151203;JDE15120
3;JDF151203;JDG151203;JDH151203;JDI151203;JDJ151203;JDK151203;JDL
151203;JDM151203;JDN151203;JDO151203;JDP151203;JDQ151203;JDR151
203;JDS151203;JDT151203;JDU151203;JDV151203;JDW151203;JDX151203
;JDY151203;JDZ151203;JEA151203;JEB151203;JEC151203;JED151203;JEE
151203;JEF151203;JEG151203;JEH151203;JEI151203;JEJ151203;JEK151203
;JEL151203;JEM151203;JEN151203;JEO151203;JEP151203;JEQ151203;JER
151203;JES151203;JET151203;JEU151203;JEV151203;JEW151203;JEX1512
03;JEY151203;JEZ151203;JFA151203;JFB151203;JFC151203;JFD151203;JF
E151203;JFF151203;JFG151203;JFH151203;JFI151203;JFJ151203;JFK15120
3;JFL151203;JFM151203;JFN151203;JFO151203;JFP151203;JFQ151203;JFR
151203;JFS151203;JFT151203;JFU151203;JFV151203;JFW151203;JFX15120
3;JFY151203;JFZ151203

JGA151203;JGB151203;JGC151203;JGD151203;JGE151203;JGF151203;JGG
151203;JGH151203;JGI151203;JGJ151203;JGK151203;JGL151203;JGM1512
03;JGN151203;JGO151203;JGP151203;JGQ151203;JGR151203;JGS151203;J
GT151203;JGU151203;JGV151203;JGW151203;JGX151203;JGY151203;JGZ
151203;JHA151203;JHB151203;JHC151203;JHD151203;JHE151203;JHF1512
03;JHG151203;JHH151203;JHI151203;JHJ151203;JHK151203;JHL151203;JH
M151203;JHN151203;JHO151203;JHP151203;JHQ151203;JHR151203;JHS15
1203;JHT151203;JHU151203;JHV151203;JHW151203;JHX151203;JHY15120
3;JHZ151203;JIA151203;JIB151203;JIC151203;JID151203;JIE151203;JIF151
203;JIG151203;JIH151203;JII151203;JIJ151203;JIK151203;JIL151203;JIM15

1203;JIN151203;JIO151203;JIP151203;JIQ151203;JIR151203;JIS151203;JIT1
51203;JIU151203;JIV151203;JIW151203;JIX151203;JIY151203;JIZ151203;JJ
A151203;JJB151203;JJC151203;JJD151203;JJE151203;JJF151203;JJG151203;
JJH151203;JJI151203;JJJ151203;JJK151203;JJL151203;JJM151203;JJN15120
3;JJO151203;JJP151203;JJQ151203;JJR151203;JJS151203;JJT151203;JJU151
203;JJV151203;JJW151203;JJX151203;JJY151203;JJZ151203;JKA151203;JK
B151203;JKC151203;JKD151203;JKE151203;JKF151203;JKG151203;JKH15
1203;JKI151203;JKJ151203;JKK151203;JKL151203;JKM151203;JKN151203;
JKO151203;JKP151203;JKQ151203;JKR151203;JKS151203;JKT151203;JKU
151203;JKV151203;JKW151203;JKX151203;JKY151203;JKZ151203;JLA151
203;JLB151203;JLC151203;JLD151203;JLE151203;JLF151203;JLG151203;J
LH151203;JLI151203;JLJ151203;JLK151203;JLL151203;JLM151203;JLN151
203;JLO151203;JLP151203;JLQ151203;JLR151203;JLS151203;JLT151203;JL
U151203;JLV151203;JLW151203;JLX151203;JLY151203;JLZ151203;JMA15
1203;JMB151203;JMC151203;JMD151203;JME151203;JMF151203;JMG1512
03;JMH151203;JMI151203;JMJ151203;JMK151203;JML151203;JMM151203;
JMN151203;JMO151203;JMP151203;JMQ151203;JMR151203;JMS151203;J
MT151203;JMU151203;JMV151203;JMW151203;JMX151203;JMY151203;J
MZ151203;JNA151203;JNB151203;JNC151203;JND151203;JNE151203;JNF1
51203;JNG151203;JNH151203;JNI151203;JNJ151203;JNK151203;JNL15120
3;JNM151203

JNN151203;JNO151203;JNP151203;JNQ151203;JNR151203;JNS151203;JNT
151203;JNU151203;JNV151203;JNW151203;JNX151203;JNY151203;JNZ151
203;JOA151203;JOB151203;JOC151203;JOD151203;JOE151203;JOF151203;
JOG151203;JOH151203;JOI151203;JOJ151203;JOK151203;JOL151203;JOM
151203;JON151203;JOO151203;JOP151203;JOQ151203;JOR151203;JOS1512
04;JOT151204;JOU151204;JOV151204;JOW151204;JOX151204;JOY151204;
JOZ151204;JPA151204;JPB151204;JPC151204;JPD151204;JPE151204;JPF15
1204;JPG151204;JPH151204;JPI151204;JPJ151204;JPK151204;JPL151204;JP
M151204;JPN151204;JPO151204;JPP151204;JPQ151204;JPR151204;JPS1512
04;JPT151204;JPU151204;JPV151204;JPW151204;JPX151204;JPY151204;JP
Z151204;JQA151204;JQB151204;JQC151204;JQD151204;JQE151204;JQF15
1204;JQG151204;JQH151204;JQI151204;JQJ151204;JQK151204;JQL151204;
JQM151204;JQN151204;JQO151204;JQP151204;JQQ151204;JQR151204;JQS
151204;JQT151204;JQU151204;JQV151204;JQW151204;JQX151204;JQY151
204;JQZ151204;JRA151204;JRB151204;JRC151204;JRD151204;JRE151204;J
RF151204;JRG151204;JRH151204;JRI151204;JRJ151204;JRK151204;JRL151
204;JRM151204;JRN151204;JRO151204;JRP151204;JRQ151204;JRR151204;
JRS151204;JRT151204;JRU151204;JRV151204;JRW151204;JRX151204;JRY
151204;JRZ151204;JSA151204;JSB151204;JSC151204;JSD151204;JSE15120
4;JSF151204;JSG151204;JSH151204;JSI151204;JSJ151204;JSK151204;JSL15
1204;JSM151204;JSN151204;JSO151204;JSP151204;JSQ151204;JSR151204;J
SS151204;JST151204;JSU151204;JSV151204;JSW151204;JSX151204;JSY15
1204;JSZ151204;JTA151204;JTB151204;JTC151204;JTD151204;JTE151204;J
TF151204;JTG151204;JTH151204;JTI151204;JTJ151204;JTK151204;JTL151
204;JTM151204;JTN151204;JTO151204;JTP151204;JTQ151204;JTR151204;J
TS151204;JTT151204;JTU151204;JTV151204;JTW151204;JTX151204;JTY15
1204;JTZ151204;JUA151204;JUB151204;JUC151204;JUD151204;JUE151204
;JUF151204;JUG151204;JUH151204;JUI151204;JUJ151204;JUK151204;JUL1
51204;JUM151204;JUN151204;JUO151204;JUP151204;JUQ151204;JUR1512
04;JUS151204;JUT151204;JUU151204;JUV151204;JUW151204;JUX151204;J
UY151204;JUZ151204

JVA151204;JVB151204;JVC151204;JVD151204;JVE151204;JVF151204;JVG
151204;JVH151204;JVI151204;JVJ151204;JVK151204;JVL151204;JVM1512
04;JVN151204;JVO151204;JVP151204;JVQ151204;JVR151204;JVS151204;J
VT151204;JVU151204;JVV151204;JVW151204;JVX151204;JVY151204;JVZ

151204;JWA151204;JWB151204;JWC151204;JWD151204;JWE151204;JWF1
51204;JWG151204;JWH151204;JWI151204;JWJ151204;JWK151204;JWL151
204;JWM151204;JWN151204;JWO151204;JWP151204;JWQ151204;JWR151
204;JWS151204;JWT151204;JWU151204;JWV151204;JWW151204;JWX151
204;JWY151204;JWZ151204;JXA151204;JXB151204;JXC151204;JXD15120
4;JXE151204;JXF151204;JXG151204;JXH151204;JXI151204;JXJ151204;JXK
151204;JXL151204;JXM151204;JXN151204;JXO151204;JXP151204;JXQ151
204;JXR151204;JXS151204;JXT151204;JXU151204;JXV151204;JXW151204
;JXX151204;JXY151204;JXZ151204;JYA151204;JYB151204;JYC151204;JY
D151204;JYE151204;JYF151204;JYG151204;JYH151204;JYI151204;JYJ151
204;JYK151204;JYL151204;JYM151204;JYN151204;JYO151204;JYP151204
;JYQ151204;JYR151204;JYS151204;JYT151204;JYU151204;JYV151204;JY
W151204;JYX151204;JYY151204;JYZ151204;JZA151204;JZB151204;JZC15
1204;JZD151204;JZE151204;JZF151204;JZG151204;JZH151204;JZI151204;J
ZJ151204;JZK151204;JZL151204;JZM151204;JZN151204;JZO151204;JZP15
1204;JZQ151204;JZR151204;JZS151204;JZT151204;JZU151204;JZV151204;
JZW151204;JZX151204;JZY151204;JZZ151204;KAA151204;KAB151204;K
AC151204;KAD151204;KAE151204;KAF151204;KAG151204;KAH151204;
KAI151204;KAJ151204;KAK151204;KAL151204;KAM151204;KAN151204;
KAO151204;KAP151204;KAQ151204;KAR151204;KAS151204;KAT151204;
KAU151204;KAV151204;KAW151204;KAX151204;KAY151204;KAZ15120
4;KBA151204;KBB151204;KBC151204;KBD151204;KBE151204;KBF15120
4;KBG151204;KBH151204;KBI151204;KBJ151204;KBK151204;KBL151204;
KBM151204;KBN151204;KBO151204;KBP151204;KBQ151204;KBR151204;
KBS151204;KBT151204;KBU151204;KBV151204;KBW151204;KBX151204;
KBY151204;KBZ151204;KCA151204;KCB151204;KCC151204;KCD151204;
KCE151204;KCF151204;KCG151204;KCH151204;KCI151204;KCJ151204;K
CK151204;KCL151204;KCM151204

KCN151204;KCO151204;KCP151204;KCQ151204;KCR151204;KCS151204;
KCT151204;KCU151204;KCV151204;KCW151204;KCX151204;KCY151204
;KCZ151204;KDA151204;KDB151204;KDC151204;KDD151204;KDE151204
;KDF151204;KDG151204;KDH151204;KDI151204;KDJ151204;KDK151204;
KDL151204;KDM151204;KDN151204;KDO151204;KDP151204;KDQ151204
;KDR151204;KDS151204;KDT151204;KDU151204;KDV151204;KDW15120
4;KDX151204;KDY151204;KDZ151204;KEA151204;KEB151204;KEC15120
4;KED151204;KEE151204;KEF151204;KEG151204;KEH151204;KEI151204;
KEJ151204;KEK151204;KEL151204;KEM151204;KEN151204;KEO151204;
KEP151204;KEQ151204;KER151204;KES151204;KET151204;KEU151204;K
EV151204;KEW151204;KEX151204;KEY151204;KEZ151204;KFA151204;K
FB151204;KFC151204;KFD151204;KFE151204;KFF151204;KFG151204;KF
H151204;KFI151204;KFJ151204;KFK151204;KFL151204;KFM151204;KFN1
51204;KFO151204;KFP151204;KFQ151204;KFR151204;KFS151204;KFT151
204;KFU151204;KFV151204;KFW151204;KFX151204;KFY151204;KFZ1512
04;KGA151204;KGB151204;KGC151204;KGD151204;KGE151204;KGF1512
04;KGG151204;KGH151204;KGI151204;KGJ151204;KGK151204;KGL1512
04;KGM151204;KGN151204;KGO151204;KGP151204;KGQ151204;KGR151
204;KGS151204;KGT151204;KGU151204;KGV151204;KGW151204;KGX15
1204;KGY151204;KGZ151204;KHA151204;KHB151204;KHC151204;KHD1
51204;KHE151204;KHF151204;KHG151204;KHH151204;KHI151204;KHJ15
1204;KHK151204;KHL151204;KHM151204;KHN151204;KHO151204;KHP1
51204;KHQ151204;KHR151204;KHS151204;KHT151204;KHU151204;KHV
151204;KHW151204;KHX151204;KHY151204;KHZ151204;KIA151204;KIB
151204;KIC151204;KID151204;KIE151204;KIF151204;KIG151204;KIH1512
04;KII151204;KIJ151204;KIK151204;KIL151204;KIM151204;KIN151204;KI
O151204;KIP151204;KIQ151204;KIR151204;KIS151204;KIT151204;KIU151
204;KIV151204;KIW151204;KIX151204;KIY151204;KIZ151204;KJA151204;
KJB151204;KJC151204;KJD151204;KJE151204;KJF151204;KJG151204;KJH

151204;KJI151204;KJJ151204;KJK151204;KJL151204;KJM151204;KJN1512
04;KJO151204;KJP151204;KJQ151204;KJR151204;KJS151204;KJT151204;K
JU151204;KJV151204;KJW151204;KJX151204;KJY151204;KJZ151204

KKA151204;KKB151204;KKC151204;KKD151204;KKE151204;KKF151204;
KKG151204;KKH151204;KKI151204;KKJ151204;KKK151204;KKL151204;
KKM151204;KKN151204;KKO151204;KKP151204;KKQ151204;KKR15120
4;KKS151204;KKT151204;KKU151204;KKV151204;KKW151204;KKX1512
04;KKY151204;KKZ151204;KLA151204;KLB151204;KLC151204;KLD1512
04;KLE151204;KLF151204;KLG151204;KLH151204;KLI151204;KLJ151204;
KLK151204;KLL151204;KLM151204;KLN151204;KLO151204;KLP151204;
KLQ151204;KLR151204;KLS151204;KLT151204;KLU151204;KLV151204;
KLW151204;KLX151204;KLY151204;KLZ151204;KMA151204;KMB15120
4;KMC151204;KMD151204;KME151204;KMF151204;KMG151204;KMH15
1204;KMI151204;KMJ151204;KMK151204;KML151204;KMM151204;KMN
151204;KMO151204;KMP151204;KMQ151204;KMR151204;KMS151204;K
MT151204;KMU151204;KMV151204;KMW151204;KMX151204;KMY15120
4;KMZ151204;KNA151204;KNB151204;KNC151204;KND151204;KNE1512
04;KNF151204;KNG151204;KNH151204;KNI151204;KNJ151204;KNK15120
4;KNL151204;KNM151204;KNN151204;KNO151204;KNP151204;KNQ1512
04;KNR151204;KNS151204;KNT151204;KNU151204;KNV151204;KNW151
204;KNX151204;KNY151204;KNZ151204;KOA151204;KOB151204;KOC15
1204;KOD151204;KOE151204;KOF151204;KOG151204;KOH151204;KOI15
1204;KOJ151204;KOK151204;KOL151204;KOM151204;KON151204;KOO1
51204;KOP151204;KOQ151204;KOR151204;KOS151204;KOT151204;KOU1
51204;KOV151204;KOW151204;KOX151204;KOY151204;KOZ151204;KPA
151204;KPB151204;KPC151204;KPD151204;KPE151204;KPF151204;KPG15
1204;KPH151204;KPI151204;KPJ151204;KPK151204;KPL151204;KPM1512
04;KPN151204;KPO151204;KPP151204;KPQ151204;KPR151204;KPS151204
;KPT151204;KPU151204;KPV151204;KPW151204;KPX151204;KPY151204;
KPZ151204;KQA151204;KQB151204;KQC151204;KQD151204;KQE151204;
KQF151204;KQG151204;KQH151204;KQI151204;KQJ151204;KQK151204;
KQL151204;KQM151204;KQN151204;KQO151204;KQP151204;KQQ151204
;KQR151204;KQS151204;KQT151204;KQU151204;KQV151204;KQW15120
4;KQX151204;KQY151204;KQZ151204;KRA151204;KRB151204;KRC15120
4;KRD151204;KRE151204;KRF151204;KRG151204;KRH151204;KRI151204
;KRJ151204;KRK151204;KRL151204;KRM151204

KRN151204;KRO151204;KRP151204;KRQ151204;KRR151204;KRS151204;
KRT151204;KRU151204;KRV151205;KRW151205;KRX151205;KRY151205
;KRZ151205;KSA151205;KSB151205;KSC151205;KSD151205;KSE151205;
KSF151205;KSG151205;KSH151205;KSI151205;KSJ151205;KSK151205;KS
L151205;KSM151205;KSN151205;KSO151205;KSP151205;KSQ151205;KSR
151205;KSS151205;KST151205;KSU151205;KSV151205;KSW151205;KSX1
51205;KSY151205;KSZ151205;KTA151205;KTB151205;KTC151205;KTD15
1205;KTE151205;KTF151205;KTG151205;KTH151205;KTI151205;KTJ1512
05;KTK151205;KTL151205;KTM151205;KTN151205;KTO151205;KTP1512
05;KTQ151205;KTR151205;KTS151205;KTT151205;KTU151205;KTV15120
5;KTW151205;KTX151205;KTY151205;KTZ151205;KUA151205;KUB15120
5;KUC151205;KUD151205;KUE151205;KUF151205;KUG151205;KUH1512
05;KUI151205;KUJ151205;KUK151205;KUL151205;KUM151205;KUN1512
05;KUO151205;KUP151205;KUQ151205;KUR151205;KUS151205;KUT1512
05;KUU151205;KUV151205;KUW151205;KUX151205;KUY151205;KUZ151
205;KVA151205;KVB151205;KVC151205;KVD151205;KVE151205;KVF151
205;KVG151205;KVH151205;KVI151205;KVJ151205;KVK151205;KVL151
205;KVM151205;KVN151205;KVO151205;KVP151205;KVQ151205;KVR15
1205;KVS151205;KVT151205;KVU151205;KVV151205;KVW151205;KVX1
51205;KVY151205;KVZ151205;KWA151205;KWB151205;KWC151205;KW

D151205;KWE151205;KWF151205;KWG151205;KWH151205;KWI151205;
KWJ151205;KWK151205;KWL151205;KWM151205;KWN151205;KWO151
205;KWP151205;KWQ151205;KWR151205;KWS151205;KWT151205;KWU
151205;KWV151205;KWW151205;KWX151205;KWY151205;KWZ151205;
KXA151205;KXB151205;KXC151205;KXD151205;KXE151205;KXF151205;
KXG151205;KXH151205;KXI151205;KXJ151205;KXK151205;KXL151205;
KXM151205;KXN151205;KXO151205;KXP151205;KXQ151205;KXR15120
5;KXS151205;KXT151205;KXU151205;KXV151205;KXW151205;KXX1512
05;KXY151205;KXZ151205;KYA151205;KYB151205;KYC151205;KYD151
205;KYE151205;KYF151205;KYG151205;KYH151205;KYI151205;YJ1512
05;KYK151205;KYL151205;KYM151205;KYN151205;KYO151205;KYP151
205;KYQ151205;KYR151205;KYS151205;KYT151205;KYU151205;KYV15
1205;KYW151205;KYX151205;KYY151205;KYZ151205

KZA151205;KZB151205;KZC151205;KZD151205;KZE151205;KZF151205;
KZG151205;KZH151205;KZI151205;KZJ151205;KZK151205;KZL151205;K
ZM151205;KZN151205;KZO151205;KZP151205;KZQ151205;KZR151205;K
ZS151205;KZT151205;KZU151205;KZV151205;KZW151205;KZX151205;K
ZY151205;KZZ151205;LAA151205;LAB151205;LAC151205;LAD151205;L
AE151205;LAF151205;LAG151205;LAH151205;LAI151205;LAJ151205;LA
K151205;LAL151205;LAM151205;LAN151205;LAO151205;LAP151205;LA
Q151205;LAR151205;LAS151205;LAT151205;LAU151205;LAV151205;LA
W151205;LAX151205;LAY151205;LAZ151205;LBA151205;LBB151205;LB
C151205;LBD151205;LBE151205;LBF151205;LBG151205;LBH151205;LBI1
51205;LBJ151205;LBK151205;LBL151205;LBM151205;LBN151205;LBO15
1205;LBP151205;LBQ151205;LBR151205;LBS151205;LBT151205;LBU1512
05;LBV151205;LBW151205;LBX151205;LBY151205;LBZ151205;LCA15120
5;LCB151205;LCC151205;LCD151205;LCE151205;LCF151205;LCG151205;
LCH151205;LCI151205;LCJ151205;LCK151205;LCL151205;LCM151205;LC
N151205;LCO151205;LCP151205;LCQ151205;LCR151205;LCS151205;LCT
151205;LCU151205;LCV151205;LCW151205;LCX151205;LCY151205;LCZ1
51205;LDA151205;LDB151205;LDC151205;LDD151205;LDE151205;LDF15
1205;LDG151205;LDH151205;LDI151205;LDJ151205;LDK151205;LDL1512
05;LDM151205;LDN151205;LDO151205;LDP151205;LDQ151205;LDR1512
05;LDS151205;LDT151205;LDU151205;LDV151205;LDW151205;LDX1512
05;LDY151205;LDZ151205;LEA151205;LEB151205;LEC151205;LED15120
5;LEE151205;LEF151205;LEG151205;LEH151205;LEI151205;LEJ151205;L
EK151205;LEL151205;LEM151205;LEN151205;LEO151205;LEP151205;LE
Q151205;LER151205;LES151205;LET151205;LEU151205;LEV151205;LEW
151205;LEX151205;LEY151205;LEZ151205;LFA151205;LFB151205;LFC15
1205;LFD151205;LFE151205;LFF151205;LFG151205;LFH151205;LFI15120
5;LFJ151205;LFK151205;LFL151205;LFM151205;LFN151205;LFO151205;L
FP151205;LFQ151205;LFR151205;LFS151205;LFT151205;LFU151205;LFV1
51205;LFW151205;LFX151205;LFY151205;LFZ151205;LGA151205;LGB15
1205;LGC151205;LGD151205;LGE151205;LGF151205;LGG151205;LGH151
205;LGI151205;LGJ151205;LGK151205;LGL151205;LGM151205

LGN151205;LGO151205;LGP151205;LGQ151205;LGR151205;LGS151205;L
GT151205;LGU151205;LGV151205;LGW151205;LGX151205;LGY151205;L
GZ151205;LHA151205;LHB151205;LHC151205;LHD151205;LHE151205;L
HF151205;LHG151205;LHH151205;LHI151205;LHJ151205;LHK151205;LH
L151205;LHM151205;LHN151205;LHO151205;LHP151205;LHQ151205;LH
R151205;LHS151205;LHT151205;LHU151205;LHV151205;LHW151205;LH
X151205;LHY151205;LHZ151205;LIA151205;LIB151205;LIC151205;LID15
1205;LIE151205;LIF151205;LIG151205;LIH151205;LII151205;LIJ151205;LI
K151205;LIL151205;LIM151205;LIN151205;LIO151205;LIP151205;LIQ1512
05;LIR151205;LIS151205;LIT151205;LIU151205;LIV151205;LIW151205;LI
X151205;LIY151205;LIZ151205;LJA151205;LJB151205;LJC151205;LJD151

205;LJE151205;LJF151205;LJG151205;LJH151205;LJI151205;LJJ151205;LJ
K151205;LJL151205;LJM151205;LJN151205;LJO151205;LJP151205;LJQ151
205;LJR151205;LJS151205;LJT151205;LJU151205;LJV151205;LJW151205;L
JX151205;LJY151205;LJZ151205;LKA151205;LKB151205;LKC151205;LKD
151205;LKE151205;LKF151205;LKG151205;LKH151205;LKI151205;LKJ15
1205;LKK151205;LKL151205;LKM151205;LKN151205;LKO151205;LKP15
1205;LKQ151205;LKR151205;LKS151205;LKT151205;LKU151205;LKV151
205;LKW151205;LKX151205;LKY151205;LKZ151205;LLA151205;LLB151
205;LLC151205;LLD151205;LLE151205;LLF151205;LLG151205;LLH15120
5;LLI151205;LLJ151205;LLK151205;LLL151205;LLM151205;LLN151205;L
LO151205;LLP151205;LLQ151205;LLR151205;LLS151205;LLT151205;LLU
151205;LLV151205;LLW151205;LLX151205;LLY151205;LLZ151205;LMA1
51205;LMB151205;LMC151205;LMD151205;LME151205;LMF151205;LMG
151205;LMH151205;LMI151205;LMJ151205;LMK151205;LML151205;LM
M151205;LMN151205;LMO151205;LMP151205;LMQ151205;LMR151205;L
MS151205;LMT151205;LMU151205;LMV151205;LMW151205;LMX151205
;LMY151205;LMZ151205;LNA151205;LNB151205;LNC151205;LND151205
;LNE151205;LNF151205;LNG151205;LNH151205;LNI151205;LNJ151205;L
NK151205;LNL151205;LNM151205;LNN151205;LNO151205;LNP151205;L
NQ151205;LNR151205;LNS151205;LNT151205;LNU151205;LNV151205;L
NW151205;LNX151205;LNY151205;LNZ151205

LOA151205;LOB151205;LOC151205;LOD151205;LOE151205;LOF151205;L
OG151205;LOH151205;LOI151205;LOJ151205;LOK151205;LOL151205;LO
M151205;LON151205;LOO151205;LOP151205;LOQ151205;LOR151205;LO
S151205;LOT151205;LOU151205;LOV151205;LOW151205;LOX151205;LO
Y151205;LOZ151205;LPA151205;LPB151205;LPC151205;LPD151205;LPE1
51205;LPF151205;LPG151205;LPH151205;LPI151205;LPJ151205;LPK15120
8;LPL151208;LPM151208;LPN151208;LPO151208;LPP151208;LPQ151208;L
PR151208;LPS151208;LPT151208;LPU151208;LPV151208;LPW151208;LPX
151208;LPY151208;LPZ151208;LQA151208;LQB151208;LQC151208;LQD1
51208;LQE151208;LQF151208;LQG151208;LQH151208;LQI151208;LQJ151
208;LQK151208;LQL151208;LQM151208;LQN151208;LQO151208;LQP151
208;LQQ151208;LQR151208;LQS151208;LQT151208;LQU151208;LQV1512
08;LQW151208;LQX151208;LQY151208;LQZ151208;LRA151208;LRB1512
08;LRC151208;LRD151208;LRE151208;LRF151208;LRG151208;LRH15120
8;LRI151208;LRJ151208;LRK151208;LRL151208;LRM151208;LRN151208;
LRO151208;LRP151208;LRQ151208;LRR151208;LRS151208;LRT151208;L
RU151208;LRV151208;LRW151208;LRX151208;LRY151208;LRZ151208;L
SA151208;LSB151208;LSC151208;LSD151208;LSE151208;LSF151208;LSG
151208;LSH151208;LSI151208;LSJ151208;LSK151208;LSL151208;LSM151
208;LSN151208;LSO151208;LSP151208;LSQ151208;LSR151208;LSS151208
;LST151208;LSU151208;LSV151208;LSW151208;LSX151208;LSY151208;L
SZ151208;LTA151208;LTB151208;LTC151208;LTD151208;LTE151208;LTF
151208;LTG151208;LTH151208;LTI151208;LTJ151208;LTK151208;LTL151
208;LTM151208;LTN151208;LTO151208;LTP151208;LTQ151208;LTR15120
8;LTS151208;LTT151208;LTU151208;LTV151208;LTW151208;LTX151208;
LTY151208;LTZ151208;LUA151208;LUB151208;LUC151208;LUD151208;L
UE151208;LUF151208;LUG151208;LUH151208;LUI151208;LUJ151208;LU
K151208;LUL151208;LUM151208;LUN151208;LUO151208;LUP151208;LU
Q151208;LUR151208;LUS151208;LUT151208;LUU151208;LUV151208;LU
W151208;LUX151208;LUY151208;LUZ151208;LVA151208;LVB151208;LV
C151208;LVD151208;LVE151208;LVF151208;LVG151208;LVH151208;LVI
151208;LVJ151208;LVK151208;LVL151208;LVM151208

LVN151208;LVO151208;LVP151208;LVQ151208;LVR151208;LVS151208;L
VT151208;LVU151208;LVV151208;LVW151208;LVX151208;LVY151208;L
VZ151208;LWA151208;LWB151208;LWC151208;LWD151208;LWE151208;

*0000VA0002004878171113*

LWF151208;LWG151208;LWH151208;LWI151208;LWJ151208;LWK151208
;LWL151208;LWM151208;LWN151208;LWO151208;LWP151208;LWQ1512
08;LWR151208;LWS151208;LWT151208;LWU151208;LWV151208;LWW15
1208;LWX151208;LWY151208;LWZ151208;LXA151208;LXB151208;LXC1
51208;LXD151208;LXE151208;LXF151208;LXG151208;LXH151208;LXI15
1208;LXJ151208;LXK151208;LXL151208;LXM151208;LXN151208;LXO151
208;LXP151208;LXQ151208;LXR151208;LXS151208;LXT151208;LXU1512
08;LXV151208;LXW151208;LXX151208;LXY151208;LXZ151208;LYA1512
08;LYB151208;LYC151208;LYD151208;LYE151208;LYF151208;LYG15120
8;LYH151208;LYI151208;LYJ151208;LYK151208;LYL151208;LYM151208;
LYN151208;LYO151208;LYP151208;LYQ151208;LYR151208;LYS151208;L
YT151208;LYU151208;LYV151208;LYW151208;LYX151208;LYY151208;L
YZ151208;LZA151208;LZB151208;LZC151208;LZD151208;LZE151208;LZF
151208;LZG151208;LZH151208;LZI151208;LZJ151208;LZK151208;LZL151
208;LZM151208;LZN151208;LZO151208;LZP151208;LZQ151208;LZR15120
8;LZS151208;LZT151208;LZU151208;LZV151208;LZW151208;LZX151208;
LZY151208;LZZ151208;MAA151208;MAB151208;MAC151208;MAD15120
8;MAE151208;MAF151208;MAG151208;MAH151208;MAI151208;MAJ1512
08;MAK151208;MAL151208;MAM151208;MAN151208;MAO151208;MAP1
51208;MAQ151208;MAR151208;MAS151208;MAT151208;MAU151208;MA
V151208;MAW151208;MAX151208;MAY151208;MAZ151208;MBA151208;
MBB151208;MBC151208;MBD151208;MBE151208;MBF151208;MBG15120
8;MBH151208;MBI151208;MBJ151208;MBK151208;MBL151208;MBM1512
08;MBN151208;MBO151208;MBP151208;MBQ151208;MBR151208;MBS15
1208;MBT151208;MBU151208;MBV151208;MBW151208;MBX151208;MB
Y151208;MBZ151208;MCA151208;MCB151208;MCC151208;MCD151208;
MCE151208;MCF151208;MCG151208;MCH151208;MCI151208;MCJ151208
;MCK151208;MCL151208;MCM151208;MCN151208;MCO151208;MCP1512
08;MCQ151208;MCR151208;MCS151208;MCT151208;MCU151208;MCV15
1208;MCW151208;MCX151208;MCY151208;MCZ151208

MDA151208;MDB151208;MDC151208;MDD151208;MDE151208;MDF1512
08;MDG151208;MDH151208;MDI151208;MDJ151208;MDK151208;MDL15
1208;MDM151208;MDN151208;MDO151208;MDP151208;MDQ151208;MD
R151208;MDS151208;MDT151208;MDU151208;MDV151208;MDW151208;
MDX151208;MDY151208;MDZ151208;MEA151208;MEB151208;MEC1512
08;MED151208;MEE151208;MEF151208;MEG151208;MEH151208;MEI151
208;MEJ151208;MEK151208;MEL151208;MEM151208;MEN151208;MEO15
1208;MEP151208;MEQ151208;MER151208;MES151208;MET151208;MEU1
51208;MEV151208;MEW151208;MEX151208;MEY151208;MEZ151208;MF
A151208;MFB151208;MFC151208;MFD151208;MFE151208;MFF151208;MF
G151208;MFH151208;MFI151208;MFJ151208;MFK151208;MFL151208;MF
M151208;MFN151208;MFO151208;MFP151208;MFQ151208;MFR151208;M
FS151208;MFT151208;MFU151208;MFV151208;MFW151208;MFX151208;
MFY151208;MFZ151208;MGA151208;MGB151208;MGC151208;MGD1512
08;MGE151208;MGF151208;MGG151208;MGH151208;MGI151208;MGJ151
208;MGK151208;MGL151208;MGM151208;MGN151208;MGO151208;MGP
151208;MGQ151208;MGR151208;MGS151208;MGT151208;MGU151208;M
GV151208;MGW151208;MGX151208;MGY151208;MGZ151208;MHA15120
8;MHB151208;MHC151208;MHD151208;MHE151208;MHF151208;MHG151
208;MHH151208;MHI151208;MHJ151208;MHK151208;MHL151208;MHM1
51208;MHN151208;MHO151208;MHP151208;MHQ151208;MHR151208;MH
S151208;MHT151208;MHU151208;MHV151208;MHW151208;MHX151208;
MHY151208;MHZ151208;MIA151208;MIB151208;MIC151208;MID151208;
MIE151208;MIF151208;MIG151208;MIH151208;MII151208;MIJ151208;MIK
151208;MIL151208;MIM151208;MIN151208;MIO151208;MIP151208;MIQ15
1208;MIR151208;MIS151208;MIT151208;MIU151208;MIV151208;MIW1512
08;MIX151208;MIY151208;MIZ151208;MJA151208;MJB151208;MJC151208

;MJD151208;MJE151208;MJF151208;MJG151208;MJH151208;MJI151208;M
JJ151208;MJK151208;MJL151208;MJM151208;MJN151208;MJO151208;MJ
P151208;MJQ151208;MJR151208;MJS151210;MJT151210;MJU151210;MJV
151210;MJW151210;MJX151210;MJY151210;MJZ151210;MKA151210;MK
B151210;MKC151210;MKD151210;MKE151210;MKF151210;MKG151210;
MKH151210;MKI151210;MKJ151210;MKK151210;MKL151210;MKM15121
0

MKN151210;MKO151210;MKP151210;MKQ151210;MKR151210;MKS1512
10;MKT151210;MKU151210;MKV151210;MKW151210;MKX151210;MKY1
51210;MKZ151210;MLA151210;MLB151210;MLC151210;MLD151210;MLE
151210;MLF151210;MLG151210;MLH151210;MLI151210;MLJ151210;MLK
151210;MLL151210;MLM151210;MLN151210;MLO151210;MLP151210;ML
Q151210;MLR151210;MLS151210;MLT151210;MLU151210;MLV151210;M
LW151210;MLX151210;MLY151210;MLZ151210;MMA151210;MMB15121
0;MMC151210;MMD151210;MME151210;MMF151210;MMG151210;MMH
151210;MMI151210;MMJ151210;MMK151210;MML151210;MMM151210;
MMN151210;MMO151210;MMP151210;MMQ151210;MMR151210;MMS15
1210;MMT151210;MMU151210;MMV151210;MMW151210;MMX151210;M
MY151210;MMZ151210;MNA151210;MNB151210;MNC151210;MND15121
0;MNE151210;MNF151210;MNG151210;MNH151210;MNI151210;MNJ1512
10;MNK151210;MNL151210;MNM151210;MNN151210;MNO151210;MNP1
51210;MNQ151210;MNR151210;MNS151210;MNT151210;MNU151210;MN
V151210;MNW151210;MNX151210;MNY151210;MNZ151210;MOA151210;
MOB151210;MOC151210;MOD151210;MOE151210;MOF151210;MOG1512
10;MOH151210;MOI151210;MOJ151210;MOK151210;MOL151210;MOM15
1210;MON151210;MOO151210;MOP151210;MOQ151210;MOR151210;MOS
151210;MOT151210;MOU151210;MOV151210;MOW151210;MOX151210;
MOY151210;MOZ151210;MPA151210;MPB151210;MPC151210;MPD15121
0;MPE151210;MPF151210;MPG151210;MPH151210;MPI151210;MPJ151210
;MPK151210;MPL151210;MPM151210;MPN151210;MPO151210;MPP15121
0;MPQ151210;MPR151210;MPS151210;MPT151210;MPU151210;MPV1512
10;MPW151210;MPX151210;MPY151210;MPZ151210;MQA151210;MQB15
1210;MQC151210;MQD151210;MQE151210;MQF151210;MQG151210;MQ
H151210;MQI151210;MQJ151210;MQK151210;MQL151210;MQM151210;M
QN151210;MQO151210;MQP151210;MQQ151210;MQR151210;MQS151210
;MQT151210;MQU151210;MQV151210;MQW151210;MQX151210;MQY151
210;MQZ151210;MRA151210;MRB151210;MRC151210;MRD151210;MRE1
51210;MRF151210;MRG151210;MRH151210;MRI151210;MRJ151210;MRK
151210;MRL151210;MRM151210;MRN151210;MRO151210;MRP151210;M
RQ151210;MRR151210;MRS151210;MRT151210;MRU151210;MRV151210;
MRW151210;MRX151210;MRY151210;MRZ151210

MSA151210;MSB151210;MSC151210;MSD151210;MSE151210;MSF151210;
MSG151210;MSH151210;MSI151210;MSJ151210;MSK151210;MSL151210;
MSM151210;MSN151210;MSO151210;MSP151210;MSQ151210;MSR15121
0;MSS151210;MST151210;MSU151210;MSV151210;MSW151210;MSX1512
10;MSY151210;MSZ151210;MTA151210;MTB151210;MTC151210;MTD151
210;MTE151210;MTF151210;MTG151210;MTH151210;MTI151210;MTJ151
210;MTK151210;MTL151210;MTM151210;MTN151210;MTO151210;MTP1
51210;MTQ151210;MTR151210;MTS151210;MTT151210;MTU151210;MTV
151210;MTW151210;MTX151210;MTY151210;MTZ151210;MUA151210;M
UB151210;MUC151210;MUD151210;MUE151210;MUF151210;MUG151210
;MUH151210;MUI151210;MUJ151210;MUK151210;MUL151210;MUM1512
10;MUN151210;MUO151210;MUP151210;MUQ151210;MUR151210;MUS15
1210;MUT151210;MUU151210;MUV151210;MUW151210;MUX151210;MU
Y151210;MUZ151210;MVA151210;MVB151210;MVC151210;MVD151210;
MVE151210;MVF151210;MVG151210;MVH151210;MVI151210;MVJ15121



*0000VA00020048781714*

0;MVK151210;MVL151210;MVM151210;MVN151210;MVO151210;MVP15
1210;MVQ151210;MVR151210;MVS151210;MVT151210;MVU151210;MV
V151210;MVW151210;MVX151210;MVY151210;MVZ151210;MWA151210
;MWB151210;MWC151210;MWD151210;MWE151210;MWF151210;MWG1
51210;MWH151210;MWI151210;MWJ151210;MWK151210;MWL151210;M
WM151210;MWN151210;MWO151210;MWP151210;MWQ151210;MWR151
210;MWS151210;MWT151210;MWU151210;MWV151210;MWW151210;M
WX151210;MWY151210;MWZ151210;MXA151210;MXB151210;MXC1512
10;MXD151210;MXE151210;MXF151210;MXG151210;MXH151210;MXI15
1210;MXJ151210;MXK151210;MXL151210;MXM151210;MXN151210;MX
O151210;MXP151210;MXQ151210;MXR151210;MXS151210;MXT151210;
MXU151210;MXV151210;MXW151210;MXX151210;MXY151210;MXZ151
210;MYA151210;MYB151210;MYC151210;MYD151210;MYE151210;MYF1
51210;MYG151210;MYH151210;MYI151210;MYJ151210;MYK151210;MY
L151210;MYM151211;MYN151211;MYO151211;MYP151211;MYQ151211;
MYR151211;MYS151211;MYT151211;MYU151211;MYV151211;MYW1512
11;MYX151211;MYY151211;MYZ151211;MZA151211;MZB151211;MZC15
1211;MZD151211;MZE151211;MZF151211;MZG151211;MZH151211;MZI1
51211;MZJ151211;MZK151211;MZL151211;MZM151211

MZN151211;MZO151211;MZP151211;MZQ151211;MZR151211;MZS15121
1;MZT151211;MZU151211;MZV151211;MZW151211;MZX151211;MZY151
211;MZZ151211;NAA151211;NAB151211;NAC151211;NAD151211;NAE15
1211;NAF151211;NAG151211;NAH151211;NAI151211;NAJ151211;NAK151
211;NAL151211;NAM151211;NAN151211;NAO151211;NAP151211;NAQ15
1211;NAR151211;NAS151211;NAT151211;NAU151211;NAV151211;NAW1
51211;NAX151211;NAY151211;NAZ151211;NBA151211;NBB151211;NBC1
51211;NBD151211;NBE151211;NBF151211;NBG151211;NBH151211;NBI15
1211;NBJ151211;NBK151211;NBL151211;NBM151211;NBN151211;NBO15
1211;NBP151211;NBQ151211;NBR151211;NBS151211;NBT151211;NBU15
1211;NBV151211;NBW151211;NBX151211;NBY151211;NBZ151211;NCA1
51211;NCB151211;NCC151211;NCD151211;NCE151211;NCF151211;NCG1
51211;NCH151211;NCI151211;NCJ151211;NCK151211;NCL151211;NCM15
1211;NCN151211;NCO151211;NCP151211;NCQ151211;NCR151211;NCS15
1211;NCT151211;NCU151211;NCV151211;NCW151211;NCX151211;NCY1
51211;NCZ151211;NDA151211;NDB151211;NDC151211;NDD151211;NDE1
51211;NDF151211;NDG151211;NDH151211;NDI151211;NDJ151211;NDK15
1211;NDL151211;NDM151211;NDN151211;NDO151211;NDP151211;NDQ1
51211;NDR151211;NDS151211;NDT151211;NDU151211;NDV151211;NDW
151211;NDX151211;NDY151211;NDZ151211;NEA151211;NEB151211;NEC
151211;NED151211;NEE151211;NEF151211;NEG151211;NEH151211;NEI1
51211;NEJ151211;NEK151211;NEL151211;NEM151211;NEN151211;NEO15
1211;NEP151211;NEQ151211;NER151211;NES151211;NET151211;NEU151
211;NEV151211;NEW151211;NEX151211;NEY151211;NEZ151211;NFA151
211;NFB151212;NFC151212;NFD151212;NFE151212;NFF151212;NFG15121
2;NFH151212;NFI151212;NFJ151212;NFK151212;NFL151212;NFM151212;
NFN151212;NFO151212;NFP151212;NFQ151212;NFR151212;NFS151212;N
FT151212;NFU151212;NFV151212;NFW151212;NFX151212;NFY151212;N
FZ151212;NGA151212;NGB151212;NGC151212;NGD151212;NGE151212;N
GF151212;NGG151212;NGH151212;NGI151212;NGJ151212;NGK151212;N
GL151212;NGM151212;NGN151212;NGO151212;NGP151212;NGQ151212;
NGR151212;NGS151212;NGT151212;NGU151212;NGV151212;NGW151212
;NGX151212;NGY151212;NGZ151212

NHA151212;NHB151212;NHC151212;NHD151212;NHE151212;NHF151212;
NHG151212;NHH151212;NHI151212;NHJ151212;NHK151212;NHL151212;
NHM151212;NHN151212;NHO151212;NHP151212;NHQ151212;NHR15121
2;NHS151212;NHT151212;NHU151212;NHV151212;NHW151212;NHX1512

12;NHY151212;NHZ151212;NIA151212;NIB151212;NIC151212;NID151212;
NIE151212;NIF151212;NIG151212;NIH151212;NII151212;NIJ151212;NIK15
1212;NIL151212;NIM151212;NIN151212;NIO151212;NIP151212;NIQ151212
;NIR151212;NIS151212;NIT151212;NIU151212;NIV151212;NIW151212;NIX
151212;NIY151212;NIZ151212;NJA151212;NJB151212;NJC151212;NJD151
212;NJE151212;NJF151212;NJG151212;NJH151212;NJI151212;NJJ151212;N
JK151212;NJL151212;NJM151212;NJN151212;NJO151212;NJP151212;NJQ1
51212;NJR151212;NJS151212;NJT151212;NJU151212;NJV151212;NJW1512
12;NJX151212;NJY151212;NJZ151212;NKA151212;NKB151212;NKC15121
2;NKD151212;NKE151212;NKF151212;NKG151212;NKH151212;NKI15121
2;NKJ151212;NKK151212;NKL151212;NKM151212;NKN151212;NKO1512
12;NKP151212;NKQ151212;NKR151212;NKS151212;NKT151212;NKU1512
12;NKV151212;NKW151212;NKX151212;NKY151212;NKZ151212;NLA151
212;NLB151212;NLC151212;NLD151212;NLE151212;NLF151212;NLG1512
12;NLH151212;NLI151212;NLJ151212;NLK151212;NLL151212;NLM15121
2;NLN151212;NLO151212;NLP151212;NLQ151212;NLR151212;NLS151212
;NLT151212;NLU151212;NLV151212;NLW151212;NLX151212;NLY151212
;NLZ151212;NMA151212;NMB151212;NMC151212;NMD151212;NME1512
12;NMF151212;NMG151212;NMH151212;NMI151212;NMJ151212;NMK151
212;NML151212;NMM151212;NMN151212;NMO151212;NMP151212;NMQ
151212;NMR151212;NMS151212;NMT151212;NMU151212;NMV151212;N
MW151212;NMX151212;NMY151212;NMZ151212;NNA151212;NNB15121
2;NNC151212;NND151212;NNE151212;NNF151212;NNG151212;NNH1512
12;NNI151212;NNJ151212;NNK151212;NNL151212;NNM151212;NNN1512
12;NNO151212;NNP151212;NNQ151212;NNR151212;NNS151212;NNT1512
12;NNU151212;NNV151212;NNW151212;NNX151212;NNY151212;NNZ151
212;NOA151212;NOB151212;NOC151212;NOD151212;NOE151212;NOF151
212;NOG151212;NOH151212;NOI151212;NOJ151212;NOK151212;NOL151
212;NOM151212

NON151212;NOO151212;NOP151212;NOQ151212;NOR151212;NOS151212;
NOT151212;NOU151212;NOV151212;NOW151212;NOX151212;NOY15121
2;NOZ151212;NPA151212;NPB151212;NPC151212;NPD151212;NPE151212;
NPF151212;NPG151212;NPH151212;NPI151212;NPJ151212;NPK151212;NP
L151212;NPM151212;NPN151212;NPO151212;NPP151212;NPQ151212;NPR
151212;NPS151212;NPT151212;NPU151212;NPV151212;NPW151212;NPX1
51212;NPY151212;NPZ151212;NQA151212;NQB151212;NQC151212;NQD1
51212;NQE151212;NQF151212;NQG151212;NQH151212;NQI151212;NQJ15
1212;NQK151212;NQL151212;NQM151212;NQN151212;NQO151212;NQP1
51212;NQQ151212;NQR151212;NQS151212;NQT151212;NQU151212;NQV
151212;NQW151212;NQX151212;NQY151212;NQZ151212;NRA151212;NR
B151212;NRC151212;NRD151212;NRE151212;NRF151212;NRG151212;NR
H151212;NRI151212;NRJ151212;NRK151212;NRL151212;NRM151212;NR
N151212;NRO151212;NRP151212;NRQ151212;NRR151212;NRS151212;NR
T151212;NRU151212;NRV151212;NRW151212;NRX151212;NRY151212;N
RZ151212;NSA151212;NSB151212;NSC151212;NSD151212;NSE151212;NS
F151212;NSG151212;NSH151212;NSI151212;NSJ151212;NSK151212;NSL1
51212;NSM151212;NSN151212;NSO151212;NSP151212;NSQ151212;NSR15
1212;NSS151212;NST151212;NSU151212;NSV151212;NSW151212;NSX151
212;NSY151212;NSZ151212;NTA151212;NTB151212;NTC151212;NTD1512
12;NTE151212;NTF151212;NTG151212;NTH151212;NTI151212;NTJ151212;
NTK151212;NTL151212;NTM151212;NTN151212;NTO151212;NTP151212;
NTQ151212;NTR151212;NTS151212;NTT151212;NTU151212;NTV151212;
NTW151212;NTX151212;NTY151212;NTZ151212;NUA151212;NUB151212;
NUC151212;NUD151212;NUE151212;NUF151212;NUG151212;NUH151212
;NUI151212;NUJ151212;NUK151212;NUL151212;NUM151212;NUN151212;
NUO151212;NUP151212;NUQ151212;NUR151212;NUS151212;NUT151212;
NUU151212;NUV151212;NUW151212;NUX151212;NUY151212;NUZ15121

2;NVA151212;NVB151212;NVC151212;NVD151212;NVE151212;NVF15121
2;NVG151212;NVH151212;NVI151212;NVJ151212;NVK151212;NVL15121
2;NVM151212;NVN151212;NVO151212;NVP151212;NVQ151212;NVR1512
12;NVS151212;NVT151212;NVU151212;NVV151212;NVW151212;NVX151
212;NVY151212;NVZ151212

NWA151212;NWB151212;NWC151212;NWD151212;NWE151212;NWF151
212;NWG151212;NWH151212;NWI151212;NWJ151212;NWK151212;NWL1
51212;NWM151212;NWN151212;NWO151212;NWP151212;NWQ151212;N
WR151212;NWS151212;NWT151212;NWU151212;NWV151212;NWW1512
12;NWX151212;NWY151212;NWZ151212;NXA151212;NXB151212;NXC15
1212;NXD151212;NXE151212;NXF151212;NXG151212;NXH151212;NXI15
1212;NXJ151212;NXK151212;NXL151212;NXM151212;NXN151212;NXO1
51212;NXP151212;NXQ151212;NXR151212;NXS151212;NXT151212;NXU1
51212;NXV151212;NXW151212;NXX151212;NXY151212;NXZ151212;NYA
151212;NYB151212;NYC151212;NYD151212;NYE151212;NYF151212;NYG
151212;NYH151212;NYI151212;NYJ151212;NYK151212;NYL151212;NYM
151212;NYN151212;NYO151212;NYP151212;NYQ151212;NYR151212;NYS
151212;NYT151212;NYU151212;NYV151212;NYW151212;NYX151212;NY
Y151212;NYZ151212;NZA151212;NZB151212;NZC151212;NZD151212;NZ
E151212;NZF151212;NZG151212;NZH151212;NZI151212;NZJ151212;NZK1
51212;NZL151212;NZM151212;NZN151212;NZO151212;NZP151212;NZQ1
51212;NZR151212;NZS151212;NZT151212;NZU151212;NZV151212;NZW1
51212;NZX151212;NZY151212;NZZ151212;OAA151212;OAB151212;OAC1
51212;OAD151212;OAE151212;OAF151212;OAG151212;OAH151212;OAI1
51212;OAJ151212;OAK151212;OAL151212;OAM151212;OAN151212;OAO
151212;OAP151212;OAQ151212;OAR151212;OAS151212;OAT151212;OAU
151212;OAV151212;OAW151212;OAX151212;OAY151212;OAZ151212;OB
A151212;OBB151212;OBC151212;OBD151212;OBE151212;OBF151212;OB
G151212;OBH151212;OBI151212;OBJ151212;OBK151212;OBL151212;OB
M151212;OBN151212;OBO151212;OBP151212;OBQ151212;OBR151212;OB
S151212;OBT151212;OBU151212;OBV151212;OBW151212;OBX151212;OB
Y151212;OBZ151212;OCA151212;OCB151212;OCC151212;OCD151212;OC
E151212;OCF151212;OCG151212;OCH151212;OCI151212;OCJ151212;OCK
151212;OCL151212;OCM151212;OCN151212;OCO151212;OCP151212;OCQ
151212;OCR151212;OCS151212;OCT151212;OCU151212;OCV151212;OCW
151212;OCX151212;OCY151212;OCZ151212;ODA151212;ODB151212;ODC
151212;ODD151212;ODE151212;ODF151212;ODG151212;ODH151212;ODI
151212;ODJ151212;ODK151212;ODL151212;ODM151212

ODN151212;ODO151212;ODP151212;ODQ151212;ODR151212;ODS151212;
ODT151212;ODU151212;ODV151212;ODW151212;ODX151212;ODY15121
2;ODZ151212;OEA151212;OEB151212;OEC151212;OED151212;OEE151212
;OEF151212;OEG151212;OEH151212;OEI151212;OEJ151212;OEK151212;O
EL151212;OEM151212;OEN151212;OEO151212;OEP151212;OEQ151212;O
ER151212;OES151212;OET151212;OEU151212;OEV151212;OEW151212;O
EX151212;OEY151212;OEZ151212;OFA151212;OFB151212;OFC151212;OF
D151214;OFE151214;OFF151214;OFG151214;OFH151214;OFI151214;OFJ1
51214;OFK151214;OFL151214;OFM151214;OFN151214;OFO151214;OFP15
1214;OFQ151214;OFR151214;OFS151214;OFT151214;OFU151214;OFV151
214;OFW151214;OFX151214;OFY151214;OFZ151214;OGA151214;OGB151
214;OGC151214;OGD151214;OGE151214;OGF151214;OGG151214;OGH15
1214;OGI151214;OGJ151214;OGK151214;OGL151214;OGM151214;OGN15
1214;OGO151214;OGP151214;OGQ151214;OGR151214;OGS151214;OGT15
1214;OGU151214;OGV151214;OGW151214;OGX151214;OGY151214;OGZ1
51214;OHA151214;OHB151214;OHC151214;OHD151214;OHE151214;OHF1
51214;OHG151214;OHH151214;OHI151214;OHJ151214;OHK151214;OHL1
51214;OHM151214;OHN151214;OHO151214;OHP151214;OHQ151214;OHR

151214;OHS151214;OHT151214;OHU151214;OHV151214;OHW151214;OH
X151214;OHY151214;OHZ151214;OIA151214;OIB151214;OIC151214;OID1
51214;OIE151214;OIF151214;OIG151214;OIH151214;OII151214;OIJ151214;
OIK151214;OIL151214;OIM151214;OIN151214;OIO151214;OIP151214;OIQ
151214;OIR151214;OIS151214;OIT151214;OIU151214;OIV151214;OIW1512
14;OIX151214;OIY151214;OIZ151214;OJA151214;OJB151214;OJC151214;O
JD151214;OJE151214;OJF151214;OJG151214;OJH151214;OJI151214;OJJ151
214;OJK151214;OJL151214;OJM151214;OJN151214;OJO151214;OJP151214
;OJQ151214;OJR151214;OJS151214;OJT151214;OJU151214;OJV151214;OJ
W151214;OJX151214;OJY151214;OJZ151214;OKA151214;OKB151214;OK
C151214;OKD151214;OKE151214;OKF151214;OKG151214;OKH151214;O
KI151214;OKJ151214;OKK151214;OKL151214;OKM151214;OKN151214;O
KO151214;OKP151214;OKQ151214;OKR151214;OKS151214;OKT151214;O
KU151214;OKV151214;OKW151214;OKX151214;OKY151214;OKZ151214

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** October 31, 2015
**Nation of 1st Publication:** United States

## Author

• **Author:** Matthew Scott Brauer
**Author Created:** photograph
**Work made for hire:** No
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Matthew Scott Brauer
306 Orchard St., Belmont, MA, 02478

## Rights and Permissions

**Name:** Matthew Scott Brauer
**Email:** scott.brauer@gmail.com
**Telephone:** (917)512-3473
**Alt. Telephone:** (406)788-5137
**Address:** 306 Orchard St.
Belmont, MA 02478

## Certification

**Name:** Matthew Scott Brauer
**Date:** December 15, 2015
**Applicant's Tracking Number:** 1505

*0000VA0002004878171 6*

**Correspondence:**  Yes
**Copyright Office notes:**  Regarding publication: Published between October 31, 2015 and December 14, 2015;  approx. 9,750 photos.