DURIE TANGRI LLP
RAGESH K. TANGRI (SBN 159477)
rtangri@durietangri.com
JOSEPH C. GRATZ (SBN 240676)
jgratz@durietangri.com
ANNIE A. LEE (SBN 328802)
alee@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:    415-362-6666
Facsimile:    415-236-6300

DURIE TANGRI LLP
ALLYSON R. BENNETT (SBN 302090)
abennett@durietangri.com
953 East 3rd Street
Los Angeles, CA 90013
Telephone:    213-992-4499
Facsimile:    415-236-6300

Attorneys for Defendant
INSTAGRAM, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALEXIS HUNLEY, et al.,<br><br>　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>INSTAGRAM, LLC,<br><br>　　　　　　　　　Defendant. | Case No. 21-CV-03778-CRB<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT (L.R. 6-1)**<br><br>Ctrm:    6<br>Judge:   Honorable Charles R. Breyer |

Pursuant to Civil Local Rule 6-1, Defendant Instagram, LLC ("Defendant") and Plaintiffs Alexis Hunley and Matthew Scott Brauer, individually and on behalf of all others similarly situated ("Plaintiffs") (collectively, the "Parties"), hereby stipulate that Defendant shall have until July 16, 2021, to respond to Plaintiffs' Complaint. This stipulated extension of time to respond will not conflict with any deadline fixed by the Court, and therefore, pursuant to Local Rule 6-1(a), no court order is necessary for this enlargement of time.

Dated:  June 16, 2021                                         DURIE TANGRI LLP

                                                              By:  */s/ Joseph C. Gratz*
                                                                   RAGESH K. TANGRI
                                                                   JOSEPH C. GRATZ
                                                                   ALLYSON R. BENNETT
                                                                   ANNIE A. LEE

                                                              Attorneys for Defendant
                                                              INSTAGRAM, LLC

Dated:  June 16, 2021                                         CERA LLP

                                                              By:  */s/ Solomon B. Cera*
                                                                   SOLOMON B. CERA
                                                                   THOMAS C. BRIGHT
                                                                   PAMELA A. MARKERT

                                                              Attorneys for Plaintiffs
                                                              ALEXIS HUNLEY and MATTHEW SCOTT BRAUER, Individually and On Behalf of All Others Similarly Situated

**CIVL L.R. 5-1 ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Joseph C. Gratz, attest that concurrence in the filing of this document has been obtained.

/s/ Joseph C. Gratz
RAGESH K. TANGRI
JOSEPH C. GRATZ
ALLYSON R. BENNETT
ANNIE A. LEE