| | |
|---|---|
| CERA LLP | DURIE TANGRI LLP |
| Solomon B. Cera (SBN 099467) | Ragesh K. Tangri (SBN 159477) |
| Thomas C. Bright (SBN 169713) | rtangri@durietangri.com |
| Pamela A. Markert (SBN 203780) | Joseph C. Gratz (SBN 240676) |
| 595 Market Street, Suite 1350 | jgratz@durietangri.com |
| San Francisco, CA 94105 | Annie A. Lee (Sbn 328802) |
| Telephone: (415) 777-2230 | alee@Durietangri.Com |
| Email: scera@cerallp.com | 217 Leidesdorff Street |
| Email: tbright@cerallp.com | San Francisco, CA 94111 |
| Email: pmarkert@cerallp.com | Telephone: 415-362-6666 |

*Attorneys for Plaintiffs and the Proposed Class*

DURIE TANGRI LLP
Allyson R. Bennett (SBN 302090)
abennett@durietangri.com
953 East 3rd Street
Los Angeles, CA 90013
Telephone: 213-992-4499

*Attorneys for Defendant Instagram, LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS HUNLEY and MATTHEW SCOTT BRAUER, Individually and On Behalf of All Others Similarly Situated,<br><br>          Plaintiffs,<br><br>  v.<br><br>INSTAGRAM, LLC,<br><br>          Defendant. | Case No. 3:21-cv-03778-CRB<br><br>**JOINT STIPULATION FOR MODIFICATION OF BRIEFING AND HEARING SCHEDULE ON DEFENDANT INSTAGRAM, LLC'S MOTION TO DISMISS** |

Plaintiffs Alexis Hunley and Matthew Scott Brauer, individually and on behalf of all others similarly situated ("Plaintiffs"), and defendant Instagram, LLC ("Instagram") (jointly, the "Parties"), through their undersigned counsel, hereby respectfully submit the following Stipulation for Modification of Briefing and Hearing Schedule pursuant to Civil L.R. 6-2 and Rule 16(b)(4) of the Federal Rules of Civil Procedure. The stipulated request, if granted, would extend the time for Plaintiffs to file their opposition to Instagram's motion to dismiss to August 23, 2021 and for Instagram to file its reply in support of its motion to dismiss to September 14, 2021, with a hearing held on October 14, 2021 (subject to the Court's availability). This stipulated request, if granted, would not affect any other pending deadlines.

## RECITALS

WHEREAS this action was filed in this Court on May 19, 2021 (ECF 1); and

WHEREAS pursuant to Civil L.R. 6-2(a)(2), the Parties previously stipulated that Defendant would have until July 16, 2021 to respond to Plaintiffs' complaint (ECF No. 14);

WHEREAS the Court previously set a Case Management Conference for October 8, 2021 (ECF No. 13).

## STIPULATION

Now, therefore, pursuant to Civil L. R. 6-1 and 6-2, the Parties jointly stipulate to and request Court approval of the following schedule for further briefing and the hearing date on Instagram's motion to dismiss:

| Event | Proposed Deadline |
|---|---|
| Opposition to motion to dismiss (currently due, July 30, 2021) | August 23, 2021 |
| Reply in support of motion to dismiss (currently due August 6, 2021) | September 14, 2021 |
| Hearing on motion to Dismiss (currently August 26, 2021) | October 14, 2021 |

The parties further stipulate that the Rule 26(f) conference of counsel will be held no more than fourteen (14) and no less than seven (7) days before defendant Instagram is required to file its answer.

The parties further respectfully request that the Case Management Conference scheduled for October 6, 2021 be continued to a date following the proposed October 14, 2021 hearing on defendant Instagram's motion to dismiss and that the Court reset the time for filing a case management conference statement to seven (7) days before any new conference date.

DATED: July 26, 2021                                  Respectfully submitted,

CERA LLP                                              DURIE TANGRI LLP


By: */s/ Solomon B. Cera*                             By: */s/ Joseph C. Gratz*
     Solomon B. Cera                                       Joseph C. Gratz

*Attorneys for Plaintiffs
and the Proposed Class*                               *Attorneys for Defendant Instagram, LLC*


## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

Pursuant to Civil L.R. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the signatories hereto.

                                                      By:     */s/ Solomon B. Cera*
                                                                       Solomon B. Cera

                                                   *Attorneys for Plaintiffs and the Proposed Class*


## [PROPOSED] ORDER

Having considered the Stipulation filed by the Parties, and for good cause shown, the Court hereby approves the proposed Stipulation and adopts the briefing and hearing schedule provided therein.  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated: July __, 2021                                  _____
                                                                         Hon. Charles R. Breyer
                                                                         United States District Judge