CERA LLP
Solomon B. Cera (SBN 099467)
Thomas C. Bright (SBN 169713)
Pamela A. Markert (SBN 203780)
595 Market Street, Suite 1350
San Francisco, CA 94105
Telephone: (415) 777-2230
Email: scera@cerallp.com
Email: tbright@cerallp.com
Email: pmarkert@cerallp.com

*Attorneys for Plaintiffs and the Proposed Class*

DURIE TANGRI LLP
RAGESH K. TANGRI (SBN 159477)
rtangri@durietangri.com
JOSEPH C. GRATZ (SBN 240676)
jgratz@durietangri.com
ANNIE A. LEE (SBN 328802)
alee@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:	415-362-6666
Facsimile:	415-236-6300

DURIE TANGRI LLP
ALLYSON R. BENNETT (SBN 302090)
abennett@durietangri.com
953 East 3rd Street
Los Angeles, CA 90013
Telephone:	213-992-4499
Facsimile:	415-236-6300

*Attorneys for Defendant Instagram, LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALEXIS HUNLEY, et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>INSTAGRAM, LLC,<br><br>　　　　　　　　Defendant. | Case No. 3:21-cv-03778-CRB<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT FOR DAMAGES BASED ON COPYRIGHT INFRINGEMENT (L.R. 6-1)**<br><br>Ctrm:　6<br>Judge:　Honorable Charles R. Breyer |

Pursuant to Civil Local Rule 6-1, Defendant Instagram, LLC ("Defendant") and Plaintiffs Alexis Hunley and Matthew Scott Brauer, individually and on behalf of all others similarly situated ("Plaintiffs") (jointly, the "Parties"), through their undersigned counsel, hereby stipulate that Defendant shall have until November 19, 2021 to respond to Plaintiffs' First Amended Complaint For Damages Based on Copyright Infringement ("First Amended Complaint"), Plaintiffs shall have until December 17, 2021 to oppose any motion to dismiss the First Amended Complaint, and Defendant shall have until January 14, 2022 to reply to any such opposition.  This stipulated extension of time to respond will not conflict with any deadline fixed by the Court, and therefore, pursuant to Local Rule 6-1(a), no court order is necessary for this enlargement of time.

Dated:  October 28, 2021              DURIE TANGRI LLP

                                      By:        /s/ Ragesh K. Tangri
                                               RAGESH K. TANGRI
                                               JOSEPH C. GRATZ
                                               ALLYSON R. BENNETT
                                               ANNIE A. LEE

                                      *Attorneys for Defendant Instagram, LLC*

Dated:  October 28, 2021              CERA LLP

                                      By:        /s/ Solomon B. Cera
                                               SOLOMON B. CERA
                                               THOMAS C. BRIGHT
                                               PAMELA A. MARKERT

                                      *Attorneys for Plaintiffs and the Proposed Class*

**CIVIL L.R. 5-1 ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Ragesh K. Tangri, attest that concurrence in the filing of this document has been obtained.

*/s/ Ragesh K. Tangri*
RAGESH K. TANGRI
JOSEPH C. GRATZ
ALLYSON R. BENNETT
ANNIE A. LEE

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2021 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Ragesh K. Tangri*
RAGESH K. TANGRI
JOSEPH C. GRATZ
ALLYSON R. BENNETT
ANNIE A. LEE