DURIE TANGRI LLP
RAGESH K. TANGRI (SBN 159477)
rtangri@durietangri.com
JOSEPH C. GRATZ (SBN 240676)
jgratz@durietangri.com
ANNIE A. LEE (SBN 328802)
alee@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:    415-362-6666
Facsimile:     415-236-6300

DURIE TANGRI LLP
ALLYSON R. BENNETT (SBN 302090)
abennett@durietangri.com
953 East 3rd Street
Los Angeles, CA 90013
Telephone:    213-992-4499
Facsimile:     415-236-6300

Attorneys for Defendant
INSTAGRAM, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALEXIS HUNLEY, et al.,<br><br>　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>INSTAGRAM, LLC,<br><br>　　　　　　　　　Defendant. | Case No. 3:21-cv-03778-CRB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Date:　　January 28, 2022<br>Time:　　10:00 a.m.<br>Ctrm:　　6<br>Judge:　Honorable Charles R. Breyer |

Defendant Instagram, LLC's ("Instagram") Motion to Dismiss Plaintiffs' First Amended Complaint for Damages Based on Copyright Infringement ("Plaintiffs' First Amended Complaint") came for hearing on January 28, 2022, at 10:00 a.m., before this Court.

The Court, having considered Defendant's moving papers submitted in support of Defendant Instagram, LLC's ("Instagram") Motion to Dismiss Plaintiffs' First Amended Complaint, the opposition, the reply, argument presented at the hearing on the matter, and good cause therefore, orders as follows:

Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint is **GRANTED. PLAINTIFFS' FIRST AMENDED COMPLAINT IS DISMISSED WITHOUT LEAVE TO AMEND.**

**IT IS SO ORDERED.**

Dated: _____

HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on November 19, 2021 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Joseph C. Gratz*
RAGESH K. TANGRI
JOSEPH C. GRATZ
ALLYSON R. BENNETT
ANNIE A. LEE