United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALEXIS HUNLEY, et al.,

          Plaintiffs,

    v.

INSTAGRAM, LLC,

          Defendant.

Case No.  21-cv-03778-CRB

**JUDGMENT**

Having granted with prejudice Defendant's motion to dismiss, see Order Granting MTD (dkt. 35), the Court hereby enters judgment for Defendant Instagram, LLC and against Plaintiffs Alexis Hunley and Matthew Scott Brauer.

**IT IS SO ORDERED.**

Dated: February 3, 2022

CHARLES R. BREYER
United States District Judge