# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: **Northern District of California**

U.S. District Court case number: **21-cv-03778-CRB**

Date case was first filed in U.S. District Court: **05/19/2021**

Date of judgment or order you are appealing: **02/01/2022**

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

(•) Yes  ( ) No  ( ) IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Alexis Hunley and Matthew Scott Brauer, Individually and On Behalf of All Others Similarly Situated

Is this a cross-appeal? ( ) Yes  (•) No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case? ( ) Yes  (•) No

If Yes, what is the prior appeal case number?

Your mailing address:

Cera LLP

595 Market Street, Suite 1350

City: San Francisco   State: CA   Zip Code: 94105

Prisoner Inmate or A Number (if applicable):

**Signature** /s/Solomon B. Cera   **Date** 02/25/2022

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1                                                                                           Rev. 12/01/2018

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> Alexis Hunley and Matthew Scott Brauer, Individually and On Behalf of All Others Similarly Situated

Name(s) of counsel (if any):

> Solomon B. Cera
> Pamela A. Markert

Address: Cera LLP, 595 Market Street, Suite 1350, San Francisco, CA 94105

Telephone number(s): (415) 777-2230

Email(s): scera@cerallp.com; pmarkert@cerallp.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> Instagram, LLC

Name(s) of counsel (if any):

> Ragesh K. Tangri
> Joseph C. Gratz
> Annie A. Lee

Address: Durie Tangri LLP, 217 Leidesdorff Street, San Francisco, CA 94111

Telephone number(s): (415) 362-6666

Email(s): rtangri@durietangri.com; jgratz@durietangri.com; alee@durietangri.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

| Alexis Hunley and Matthew Scott Brauer, Individually and On Behalf of All Others Similarly Situated |

Name(s) of counsel (if any):

| James H. Bartolomei III |

Address: Duncan Firm, P.A., 809 W. 3rd Street, Little Rock, AR 72201

Telephone number(s): (501) 228-7600

Email(s): james@duncanfirm.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ● No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6   2   Rev. 12/01/2018

Form 6. Continued list of parties and counsel:

**<u>Appellants</u>**

Name of party:

Alexis Hunley and Matthew Scott Brauer, Individually and On Behalf of All Others Similarly Situated

Names of counsel:

Bryan D. Hoben
HOBEN LAW
1112 Main Street
Peekskill, NY 10566
Telephone: (347) 855-4008
Email: bryan@hobenlaw.com

Is counsel registered for Electronic Filing in the 9th Circuit? No

**<u>Appellants</u>**

Name of party:

Alexis Hunley and Matthew Scott Brauer, Individually and On Behalf of All Others Similarly Situated

Names of counsel:

Todd M. Friedman
Adrian R. Bacon
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard Street, Suite 780
Woodland Hills, CA 91367
Telephone: (877) 206-4741
Email: tfriedman@toddflaw.com
Email: abacon@toddflaw.com

Is counsel registered for Electronic Filing in the 9th Circuit? Yes